# EXHIBIT 7



# Nassau County
# Maureen OConnell
# County Clerk
# Mineola, NY 11501

Instrument Number: 2022- 00105317

As

## M08 - MORTGAGE AGREEMENT

Recorded On: October 25, 2022  Billable Pages: 5

Parties: NATIXIS REAL ESTATE CAPITAL LLC

TO US BANK TRUST CO NATIONAL ASSN TRU  Num Of Pages: 6

Recorded By: MCCOY & ORTA  Comment:

### ** Examined and Charged as Follows: **

| | | | | |
|---|---|---|---|---|
| M08 - MORTGAGE AGREEMENT | 70.00 | Blocks - Mortgages - $300 | | 300.00 |
| Recording Charge: | 370.00 | | | |

Property Description:

| Line | Section | Block | Lot | Unit | Town Name |
|---|---|---|---|---|---|
| 1 | 11 | 355 | 32 | | OYSTER BAY |
| 2 | 11 | 355 | 37 | | OYSTER BAY |

### ** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Nassau County, NY

**File Information:**

Document Number: 2022- 00105317
Receipt Number: 2726085
Recorded Date/Time: October 25, 2022 11:32:22A
Book-Vol/Pg: Bk-M Vl-46916 Pg-921
Cashier / Station: 0 DAC / NCCL-JNWT9Y1

**Record and Return To:**

MCCOY & ORTA PC
100 NORTH BROADWAY 26TH FL
OKLAHOMA CITY OK 73102



County Clerk Maureen O'Connell

# ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

NATIXIS REAL ESTATE CAPITAL LLC, a Delaware limited liability company
(Assignor)

to

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE FOR NATIXIS COMMERCIAL MORTGAGE SECURITIES TRUST 2022-JERI, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2022-JERI (FOR THE BENEFIT OF THE CERTIFICATEHOLDERS)
(Assignee)

Dated as of May 24, 2022, to be effective as of April 18, 2022

Property Address(es): One Jericho Plaza and Two Jericho Plaza, Jericho, NY 11753
Section: 11 Block: 355 Lot(s): Lot 32 and Lot 37
County of Nassau
State of New York

DOCUMENT PREPARED BY AND WHEN RECORDED, RETURN TO:
McCoy & Orta, P.C.
100 North Broadway, 26th Floor
Oklahoma City, Oklahoma 73102
Telephone: 888-236-0007

This assignment is not subject to the requirements of Section 275 of the Real Property Law of the State of New York because it is an assignment within the secondary mortgage market.

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

Dated as of the 24th day of May, 2022, to be effective as of the 18th day of April, 2022, NATIXIS REAL ESTATE CAPITAL LLC, a Delaware limited liability company, having an address at 1251 Avenue of the Americas, 5th Floor, New York, NY 10020 ("Assignor"), as the holder of the instrument hereinafter described and for valuable consideration hereby assigns, sells, transfers and delivers to U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE FOR NATIXIS COMMERCIAL MORTGAGE SECURITIES TRUST 2022-JERI, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2022-JERI (FOR THE BENEFIT OF THE CERTIFICATEHOLDERS), having an address at 190 S. LaSalle Street, 7th Floor, Mail Code MK-IL-SL7, Chicago, IL 60603 ("Assignee"), its successors, participants and assigns, without recourse or warranty, all right, title and interest of Assignor in and to that certain:

ASSIGNMENT OF LEASES AND RENTS made by JERICHO PLAZA PORTFOLIO LLC, a Delaware limited liability company to Assignor, dated as of December 31, 2021 and recorded on February 18, 2022, as Instrument Number 2022-00022349, in Book M, Volume 46359, Page 166, in the Recorder's Office of Nassau County, New York (as the same may have been amended, modified, restated, supplemented, renewed or extended), securing payment of note(s) of even date therewith, in the original principal amount of $149,180,000.00, and creating a first lien on the property described in Exhibit A attached hereto and by this reference made a part hereof.

Together with any and all other liens, privileges, security interests, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes and other obligations described herein.

This instrument shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

[SIGNATURE(S) ON THE FOLLOWING PAGE]

Reference No.: 6882.001
Matter Name: Jericho Plaza
Pool: NCMS 2022-JERI

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed this 24th day of May, 2022, to be effective as of the date first written above.

ASSIGNOR:

**NATIXIS REAL ESTATE CAPITAL LLC,**
a Delaware limited liability company

By: _____
Name: William Han
Title: Director

By: _____
Name: Khaled Mohiuddin
Title: Director

STATE OF NEW YORK §
§
COUNTY OF NEW YORK §

On the 24th day of May, 2022, before me, the undersigned, a Notary Public in and for said state, personally appeared William Han, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the person acted, executed the instrument.

Donovan Joseph Locke
Notary Public State of New York
No. 01LO6018570
Qualified in Westchester County
Commission Expires 1/11/23

WITNESS my hand and official seal.

Signature: _____
Notary Public Donovan Locke

My Commission Expires: 1/11/23

STATE OF NEW YORK §
§
COUNTY OF NEW YORK §

On the 24th day of May, 2022, before me, the undersigned, a Notary Public in and for said state, personally appeared Khaled Mohiuddin, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the person acted, executed the instrument.

Donovan Joseph Locke
Notary Public State of New York
No. 01LO6018570
Qualified in Westchester County
Commission Expires 1/11/23

WITNESS my hand and official seal.

Signature: _____
Notary Public Donovan Locke

My Commission Expires: 1/11/23

Reference No.: 6882.001
Matter Name: Jericho Plaza
Pool: NCMS 2022-JERI

# EXHIBIT A

# LEGAL DESCRIPTION

Parcel 1

All that certain plot, piece or parcel of land with any improvements existing thereon, being, lying and situated in Jericho, Town of Oyster Bay, County of Nassau, State of New York, being bounded and more particularly described as follows:

Beginning at a point formed by the intersection of the northerly side of the "North Service Road" of the Long Island Expressway (Interstate 495) also known as North Marginal Road with the southerly side of Jericho Turnpike (New York State Route 25),

Running thence, in an easterly direction along the southerly side of Jericho Turnpike the following two (2) courses and distances:

1. Along the arc of a curve to the right, Radius 493.00 feet, Length 206.32 feet,
2. North 52 degrees 50 minutes 04 seconds East, 1357.05 feet to the division line of Tax Lots 31 and 32,

Running thence along the aforementioned division line, South 36 degrees 12 minutes 08 seconds East, 923.09 feet to a point,

Running thence through and over Tax Lot 31 the following six (6) courses and distances:

1. South 53 degrees 46 minutes 05 seconds West, 29.48 feet,
2. North 36 degrees 09 minutes 16 seconds West, 351.64 feet,
3. South 53 degrees 50 minutes 44 seconds West, 456.70 feet,
4. South 36 degrees 09 minutes 16 seconds East, 84.37 feet,
5. South 09 degrees 55 minutes 28 seconds East, 28.60 feet,
6. South 36 degrees 07 minutes 44 seconds East, 275.61 feet to the northerly side of the "North Service Road" of the Long Island Express (Interstate 495) also known as North Marginal Road,

Running thence in an easterly direction along the northerly side of said "North Service Road" the following six (6) courses and distances:

1. Along the arc of a curve to the right, Radius 19279.57 feet, Length 122.39 feet,
2. South 03 degrees 58 minutes 52 seconds East, 1.00 feet,
3. Along the arc of a curve to the right, Radius 19280.57 feet, Length 518.67 feet,
4. South 87 degrees 33 minutes 37 seconds West, 125.94 feet,
5. Along the arc of a curve to the right, Radius 1200.00 feet, Length 568.71 feet,
6. North 65 degrees 17 minutes 09 seconds West, 65.53 feet to the southerly side of Jericho Turnpike (New York State Route 25) and place or point of beginning.

**FOR INFORMATION ONLY: Section: 11, Block: 355, Part of Lot 31**

Reference No.: 6882.001
Matter Name: Jericho Plaza
Pool: NCMS 2022-JERI

(continued)

Parcel II

All that certain plot, piece or parcel of land with any improvements existing thereon, being, lying and situated in Jericho, Town of Oyster Bay, County of Nassau, State of New York, being bounded and more particularly described as follows:

Beginning at a point on the southerly side of Jericho Turnpike (New York State Route 25), as widened, said point being the following two (2) courses and distances from the intersection formed by the westerly side of Simpson Street with the southerly side of Jericho Turnpike before widening:

1. South 53 degrees 48 minutes 56 seconds West, 50.00 feet,
2. South 36 degrees 12 minutes 08 seconds East, 14.76 feet,

Running thence, from said point of beginning, along the westerly line lands of the County of Nassau, lands now or formerly of Fleet Homes, Inc, and the map of "Sacramento Homes" the following two (2) courses and distances:

1. South 36 degrees 12 minutes 08 seconds East, 1505.86 feet,
2. South 19 degrees 18 minutes 04 seconds West, 146.15 to the northerly side of the "North Service Road" of the Long Island Expressway (Interstate 495) also known as North Marginal Road,

Running thence in an easterly direction, along the north side of the "North Service Road" the following three (3) courses and distances:

1. Along the arc of a curve to the right, Radius 19280.57 feet, Length 610.63 feet,
2. North 04 degrees 40 minutes 07 seconds West, 1.00 feet,
3. Along the arc of a curve to the right, Radius 19279.57 feet, Length 45.52 feet (actual) 45.56 (deed) to the division line between Tax Lots 31 and 32,

Running thence along the aforementioned division line, North 36 degrees 12 minutes 08 seconds West, 1256.44 feet to the southerly side of Jericho Turnpike (New York State Route 25),

Running thence along the southerly side of Jericho Turnpike, North 52 degrees 50 minutes 04 seconds East, 693.16 feet to the place or point of beginning.

FOR INFORMATION ONLY: Section: 11, Block: 355, Lot: 32

Reference No.: 6882.001
Matter Name: Jericho Plaza
Pool: NCMS 2022-JERI