# EXHIBIT 8

# Holland & Knight

31 West 52nd Street 12th Floor | New York, NY 10019 | T 212.513.3200 | F 212.751.3113
Holland & Knight LLP | www.hklaw.com

Keith Brandofino
212.751.3166
keith.brandofino@hklaw.com

January 16, 2024

**BY OVERNIGHT DELIVERY AND EMAIL**

Jericho Plaza Portfolio LLC
101 Hudson Street, Suite 1703
Jersey City, New Jersey 07302
Attention: Menachem Meisner
Email: mark@birchgroupllc.com

Re: That certain loan in the original principal amount of $149,180,000.00 (the **"Loan"**), from Natixis Real Estate Capital LLC, a Delaware limited partnership a (**"Original Lender"**) to Jericho Plaza Portfolio LLC, a Delaware limited liability company (**"Borrower"**), currently held by U.S. Bank Trust Company, National Association, solely in its capacity as Trustee for Natixis Commercial Mortgage Securities Trust 2022-JERI, Commercial Mortgage Pass-Through Certificates, Series 2022-JERI, for the benefit of the certificateholders (**"Lender"**), as evidenced by that certain Loan Agreement dated as of December 31, 2021 (the "**Loan Agreement**"), that certain Amended, Restated and Consolidated Promissory Note in the original principal amount of $149,180,000.00, dated December 31, 2021 (the **"Note"**), and secured by, *inter alia*, that certain Consolidated, Amended, and Restated Mortgage, Assignment of Rents and Leases, and Security Agreement dated as of December 31, 2021, (the **"Mortgage"**), encumbering certain real property and improvements located at (i) One Jericho Plaza, Jericho, New York, Section 11, Block 355, Lot 31; and (ii) Two Jericho Plaza, Jericho, New York, Section 11, Block 355, Lot 32, as more particularly described in the Mortgage (the **"Property"**), and guaranteed by that certain Guaranty Agreement dated as of December 31, 2021 (the **"Guaranty"**) executed by Menachem Meisner (**"Guarantor"**) (the Loan Agreement, Note, Mortgage, Guaranty and all other documents executed in connection with the Loan shall be referred to as the **"Loan Documents"**).

**NOTICE OF MATURITY DEFAULT / DEMAND FOR PAYMENT**

Dear Borrower:

We are counsel to Lender, acting by and through Midland Loan Services, a division of PNC Bank, National Association ("**Special Servicer**"), in its capacity as special servicer for Lender

with respect to the Loan under and pursuant to that certain Trust and Servicing Agreement dated as of April 18, 2022. Terms used in this letter, but not defined herein, shall have the meanings ascribed thereto in the Loan Documents.

We write to notify you that on the Stated Maturity Date, defined as January 9, 2024, the Loan matured, and Borrower failed to remit to Lender all amounts due and owing to Lender under the Loan Documents as required by Paragraph 1 of the Note.  As a result, on behalf of Lender, we write to notify you and declare that an Event of Default exists and has existed pursuant to Section 10.1(a)(A) of the Loan Agreement since at least January 9, 2024 as a result of Borrower's failure to pay the Debt in full on the Maturity Date (the "Maturity Default").  Other, undeclared Events of Defaults may have transpired; the foregoing is not meant to be an inclusive listing of all existing Events of Defaults.

As a result of the Maturity Default, you are hereby notified that Lender declares the entire Debt immediately due and payable, specifically including, without limitation, the entire outstanding principal balance, together with all accrued but unpaid interest thereon and all other amounts due under the Loan Documents, which is now due and owing under the Loan Documents, including, without limitation, Lender's attorneys' fees and costs resulting from Borrower's default, together with the Default Interest, all late charges as set forth in the Loan Documents and any other charges and fees as set forth in the Loan Documents.  Accordingly, demand is hereby made for immediate payment in full of the entire Debt.  Upon request by Borrower specifying the date on which payment of the entire Debt will be received by Lender.

We further notify you that, from and after the date of the occurrence of an event of default, the license granted to Borrower to collect, use and enjoy the rents, issues and profits and other sums payable under and by virtue of any Lease granted under the Loan Documents shall be automatically revoked and terminated pursuant to section 2(a) of the Mortgage.  Accordingly, Lender shall immediately be entitled to possession of all Rents in (or required by the terms of the Loan Documents to be deposited in) the Clearing Account, the Deposit Account (including all Subaccounts thereof) and all Rents collected thereafter (including Rents past due and unpaid), whether or not Lender enters upon or takes control of the Property.  We further notify you that, from and after the occurrence of an event of default, Borrower is the agent of Lender in the collection of rents, issues and profits and other sums payable under and by virtue of any Lease, and all rents, issues and profits and other sums payable under and by virtue of any Lease so collected by Borrower or any of its agents shall not be commingled with the funds of Borrower and shall be immediately remitted to Lender.

As a result of the Maturity Default, Lender reserves the right to exercise, in such order as Lender elects, any one or more of the remedies available to it under the Loan Documents, at law, in equity or otherwise, and nothing contained in this letter shall constitute a waiver of any of Lender's rights to pursue such rights and remedies.  Please be further advised that no past or future delay or omission in the exercise of any right or remedy accruing to Lender as a result of any breach of any covenant or agreement by Borrower, any default by Borrower, or the occurrence of any Event of Default is intended to constitute a waiver of any right or remedy accruing to Lender

as a result of that breach of covenant or agreement, default or Event of Default or any other breach of covenant or agreement by Borrower, any default by Borrower, or the occurrence of any Event of Default.

**Payment to Lender in an amount less than the entire Debt should not be construed as an accord and satisfaction or as Lender's agreement to accept a lesser amount of payment in full of the Debt. Lender's acceptance of any partial payment on the Debt or endorsement or statement on any check evidencing a payment or letter accompanying a payment may not be deemed to be an accord and satisfaction and is not and shall not be deemed to be binding upon Lender. Lender may accept any such payment or check without prejudice to its rights to receive the balance of all amounts due under the Loan Documents or to pursue its remedies.**

This letter is written without prejudice to the rights and remedies of Lender under the Loan Documents, at law, in equity or otherwise, all of which rights and remedies are specifically reserved. You are hereby notified that Lender shall strictly enforce the Loan Documents in accordance with their respective terms, including, without limitation, acceleration of the Debt, appointment of a receiver, and commencement of proceedings to foreclose the Loan Documents.

Be guided accordingly.

                        Sincerely,

                        **HOLLAND & KNIGHT LLP**

                        By: */s/ Keith M. Brandofino*
                             Keith M. Brandofino

cc:    Cole Schotz P.C.
       Court Plaza North
       25 Main Street
       Hackensack, New Jersey 07601
       Attention: Richard W. Abramson, Esq.
       Email: rabramson@coleschotz.com