# EXHIBIT 9

| Date: | 12/9/2022 | 1/9/2023 | 2/9/2023 | 3/9/2023 |
|---|---|---|---|---|
| Reported EGI | $2,176,232.36 | $2,145,647.69 | $2,213,270.54 | $2,198,591.00 |
| Anticipated Mortgage Cap Payment | $170,313.83 | $238,936.63 | $238,936.63 | $243,660.67 |
| Anticipated Mezz Cap Payment | $22,833.33 | $32,033.33 | $32,033.33 | $32,666.67 |
| Total EGI Expected to be Deposited | $2,369,379.53 | $2,416,617.66 | $2,484,240.51 | $2,474,918.33 |
| | | | | |
| Sources: | | | | |
| Lockbox balance | $2,066,474.27 | $2,365,289.84 | $2,367,223.57 | $2,315,775.96 |
| Plus Unapplied | | | | |
| Total Available funds | $2,066,474.27 | $2,365,289.84 | $2,367,223.57 | $2,315,775.96 |
| | | | | |
| Waterfall: | | | | |
| Tax | $434,361.36 | $434,361.36 | $434,361.36 | $434,361.36 |
| Insurance | $31,374.75 | $31,374.75 | $31,374.75 | $31,374.75 |
| CMA Fees | $700.00 | $700.00 | $700.00 | $700.00 |
| 030508273 Interest | $243,734.02 | $277,644.28 | $284,428.43 | $260,535.45 |
| 030508878 Interest | $48,437.95 | $54,448.08 | $55,604.53 | $50,842.62 |
| 030508879 Interest | $64,507.32 | $71,877.28 | $73,250.57 | $66,897.09 |
| 030508880 Interest | $90,324.42 | $99,653.72 | $101,316.09 | $92,401.37 |
| 030508881 Interest | $107,015.96 | $117,176.21 | $118,910.82 | $108,332.06 |
| 030508882 Interest | $140,418.44 | $152,790.88 | $154,814.57 | $140,916.03 |
| 030508883 Interest | $274,554.37 | $297,245.19 | $300,807.26 | $273,604.07 |
| CapEx Reserve | $11,093.50 | $11,093.50 | $11,093.50 | $11,093.50 |
| Rollover Reserve | $69,334.38 | $69,334.38 | $69,334.38 | $69,334.38 |
| Mezz DS | $206,008.87 | $221,836.53 | $225,619.26 | $205,245.88 |
| | $1,721,865.34 | $1,839,536.16 | $1,861,615.52 | $1,745,638.56 |
| | | | | |
| **Remainder to Borrower** | **$344,608.93** | **$525,753.68** | **$505,608.05** | **$570,137.40** |
| Remander to Suspense | | | | |
| | | | | |
| *Reported OpEx (less tax & ins)* | *$478,681.35* | *$459,438.47* | *$366,753.58* | *$398,801.39* |
| | | | | |
| **Excess to Borrower** | **-$134,072.42** | **$66,315.21** | **$138,854.47** | **$171,336.01** |

| 4/9/2023 | 5/9/2023 | 6/9/2023 | 7/9/2023 | 8/9/2023 | 9/9/2023 | 10/9/2023 |
|---|---|---|---|---|---|---|
| $2,105,084.70 | $2,103,410.20 | $2,117,782.47 | $2,026,436.31 | $2,115,292.56 | $2,113,717.65 | $2,018,360.23 |
| $310,874.54 | $293,387.33 | $337,851.26 | $328,196.00 | $367,397.19 | $367,397.19 | $356,788.83 |
| $41,677.78 | $39,333.33 | $45,294.44 | $44,000.00 | $49,255.56 | $49,255.56 | $47,833.33 |
| $2,457,637.02 | $2,436,130.87 | $2,500,928.18 | $2,398,632.31 | $2,531,945.30 | $2,530,370.39 | $2,422,982.40 |
| | | | | | | |
| $2,398,100.46 | $2,579,002.45 | $2,679,893.28 | $2,407,307.88 | $2,413,169.44 | $2,388,019.49 | $2,253,867.92 |
| | | | $500.00 | | | |
| $2,398,100.46 | $2,579,002.45 | $2,679,893.28 | $2,407,807.88 | $2,413,169.44 | $2,388,019.49 | $2,253,867.92 |
| | | | | | | |
| $434,361.36 | $434,361.36 | $434,361.36 | $434,361.36 | $434,361.36 | $434,361.36 | $434,361.36 |
| $31,374.75 | $31,374.75 | $31,374.75 | $31,374.75 | $31,374.75 | $31,374.75 | $31,374.75 |
| $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| $301,054.21 | $294,220.49 | $312,114.24 | $306,088.57 | $319,847.21 | $324,078.80 | $314,625.83 |
| $58,438.61 | $57,044.04 | $60,323.94 | $59,067.11 | $61,642.12 | $62,363.45 | $60,522.39 |
| $76,616.06 | $74,727.10 | $78,854.90 | $77,129.51 | $80,420.26 | $81,276.84 | $78,857.67 |
| $105,390.03 | $102,695.50 | $108,100.15 | $105,603.62 | $109,995.02 | $111,031.91 | $107,695.57 |
| $123,161.80 | $119,924.63 | $125,989.69 | $122,959.12 | $127,966.90 | $129,048.86 | $125,141.98 |
| $159,773.99 | $155,478.40 | $163,073.16 | $159,018.61 | $165,379.89 | $166,642.15 | $161,565.25 |
| $309,536.74 | $301,062.64 | $315,343.88 | $307,294.06 | $319,404.14 | $321,625.96 | $311,776.61 |
| $11,093.50 | $11,093.50 | $11,093.50 | $11,093.50 | $11,093.50 | $11,093.50 | $11,093.50 |
| $69,334.38 | $69,334.38 | $69,334.38 | $69,334.38 | $69,334.38 | $69,334.38 | $69,334.38 |
| $231,223.37 | $225,450.57 | $235,538.54 | $229,657.50 | $238,651.63 | $240,134.36 | $232,964.27 |
| $1,912,058.80 | $1,877,467.36 | $1,946,202.49 | $1,913,682.09 | $1,970,171.16 | $1,983,066.32 | $1,940,013.56 |
| **$486,041.66** | **$701,535.09** | **$733,690.79** | **$493,625.79** | **$442,998.28** | **$404,953.17** | **$313,854.36** |
| | | | | | | |
| *$396,301.00* | *$247,553.04* | *$428,867.70* | *$386,118.16* | *$437,113.66* | *$432,574.03* | *$379,961.89* |
| **$89,740.66** | **$453,982.05** | **$304,823.09** | **$107,507.63** | **$5,884.62** | **-$27,620.86** | **-$66,107.53** |

| 11/9/2023 | Totals | 12/9/2023 | |
|---|---|---|---|
| $2,074,890.00 | $25,408,715.71 | $2,076,190.00 | |
| $368,681.79 | $3,622,421.91 | $368,681.79 | |
| $49,427.78 | $485,644.44 | $485,644.44 | |
| $2,492,999.57 | $29,516,782.07 | $2,930,516.24 | |
| | | | |
| $2,432,221.07 | $28,666,345.63 | $2,313,882.79 | |
| | | | |
| $2,432,221.07 | $28,666,345.63 | $2,313,882.79 | |
| | | | |
| $434,361.36 | $5,212,336.32 | $434,361.36 | |
| $31,374.75 | $376,497.00 | $31,374.75 | |
| $700.00 | $8,400.00 | $700.00 | |
| $325,222.91 | $3,563,594.44 | $314,197.60 | |
| $62,558.48 | $691,293.32 | $60,449.40 | |
| $81,508.44 | $905,923.04 | $78,770.99 | |
| $111,312.26 | $1,245,519.66 | $107,590.64 | |
| $129,341.39 | $1,454,969.42 | $125,032.49 | |
| $166,983.44 | $1,886,854.81 | $161,437.51 | |
| $322,226.68 | $3,654,481.60 | $311,551.76 | |
| $11,093.50 | $133,122.00 | $11,093.50 | |
| $69,334.38 | $832,012.56 | $69,334.38 | |
| $240,836.50 | $2,733,167.28 | $232,920.47 | |
| | | | |
| $1,986,854.09 | $22,698,171.45 | $1,938,814.85 | |
| **$445,366.98** | **$5,968,174.18** | **$375,067.94** | |
| | | | |
| *$436,271.63* | *$4,848,435.90* | *$499,811.00* | |
| **$9,095.35** | **$1,119,738.28** | **-$124,743.06** | **$994,995.22** |