# EXHIBIT 11

**From:** Hamilton, Christopher <christopher.hamilton@midlandls.com>
**Sent:** Monday, January 29, 2024 6:01 PM
**To:** David Goldfisher <david@thehenleygroup.com>
**Subject:** URGENT : Jericho Plaza, NY Loan # 30508273
**Importance:** High

Please confirm below is not the case and borrower and management have corrected.

Chris Hamilton
Commercial Asset Consultant Sr. - Real Estate Solutions

Midland Loan Services, a Division of PNC Bank, NA
11511 Luna Rd., Suite 400
Farmers Branch, TX 75234
Direct: 972-942-4920
Mobile: 214-718-4856
christopher.hamilton@midlandls.com

**From:** Lee, Brian <Brian.Lee@nmrk.com>
**Sent:** Friday, January 26, 2024 1:34 PM
**To:** Wynn, Alyssia M <alyssia.wynn@midlandls.com>
**Subject:** EXTERNAL: Urgent Re: Jericho Plaza, NY Loan # 30508273
**Importance:** High

**\*\* This email has been received from outside the organization – Think before clicking on links, opening attachments, or responding. \*\***

Alyssia,

Good afternoon.

We represent EY and Cantor Fitzgerald, tenants at Jericho Plaza. Ownership informed us of a maturity default on their mortgage and that the loan has been transferred to Special Servicing. According to the owner of the property the building has gone into special servicing where the rental income is deposited in a lock box with separate accounts set up to fund the operations and pay expenses. This notice was placed on the doors of all tenants in the building (see below). EY and Cantor are incredibly concerned about their ability to operate their businesses in the complex. Can you please confirm that Midland as Special Servicer to the loan has made arrangements to fund all expenses to operate and maintain the property going forward. Please respond to this email and call me on my mobile 516-487-7770 ASAP.

1

**NOTICE OF INTENTION TO DISCONTINUE ELECTRIC SERVICE**

Posting Date: 1/22/24

☐ ELECTRIC SERVICE TO THE BELOW PREMISES WILL DISCONTINUE ON OR AFTER 2/6/24 UNLESS PAYMENT IN THE AMOUNT OF $357,140.72 IS RECEIVED BEFORE 9:00AM ON 2/6/24 AT THE OFFICES OF PSEG LONG ISLAND.

Customer Name: Jericho Plaza Pol J So    Account #: 4739997654

Payment may be made by the landlord, tenant(s) or public agency in order to avoid discontinuance of service. If necessary, a PSEG Long Island representative will meet with the building tenants to work out a plan to prevent termination. Call PSEG Long Island at 1-800-490-0025 or visit one of our customer service centers.

Occupants may seek the assistance of the NYS Department of Public Service in negotiating an agreement to prevent termination for electric accounts by calling 1-800-342-3377, between 8:30 AM and 4:00 PM, Monday through Friday. Under the N.Y.S. Home Energy Fair Practices Act, occupants have rights and privileges which may be used to prevent termination of service. A copy of these provisions has been given to each occupant.

Occupants also have rights under Section 235A of the New York Real Property Law, authorizing them to deduct utility payments from future rent payments.

By: Name: Collections    Title:    Tel. #: 1-800-490-0025

- IMPORTANT -
WILLFUL DEFACEMENT, MUTILATION OR REMOVAL OF THIS NOTICE, PRIOR TO THE DATE SPECIFIED FOR DISCONTINUING SERVICE, CONSTITUTES AN OFFENSE PUNISHABLE UNDER THE LAW.

**PSEG LONG ISLAND**

Have a nice weekend.

My best,

**Brian D. Lee**
*Principal & Executive Managing Director*
*Global Brokerage and Advisory Serivces*

PLEASE NOTE NEW EMAIL ADDRESS

**NEWMARK**
125 Park Avenue
New York, NY 10017
O 212-372-2370

290 Broadhollow Road, Suite 103E
Melville, NY 11747
O 631.673.0888