# EXHIBIT 12



61 2023 00191263

**Nassau County**
**Maureen OConnell**
**County Clerk**
**Mineola, NY 11501**

**Ref ID#: ML 23 000545**            **Instrument Number: 2023- 00191263**
As
**L12 - MECHANICS LIEN**

Recorded On:
Parties:            December 21, 2023

        LIBERTY ELEVATOR CORP

TO

        G & I I X JERICHO PLAZA LLC                                **Num Of Pages:**

Recorded By:  MASTER CREDIT CONSULTANTS            Comment:

## ** Examined and Charged as Follows: **

| L12 - MECHANICS LIEN | 15.00 | Blocks - $300 | 300.00 |

    Recording Charge:      315.00

Property Description:

| Line | Section | Block | Lot | Unit | Town Name |
|------|---------|-------|-----|------|-----------|
| 1 | 11 | 355 | 32 | | OYSTER BAY |
| 2 | 11 | 355 | 36 | | OYSTER BAY |
| 3 | 11 | 355 | 37 | | OYSTER BAY |

## ** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Nassau County, NY

**File Information:**                        **Record and Return To:**

    Document Number:  2023- 00191263

    Receipt Number:  3047486

    Recorded Date/Time:  December 21, 2023 02:22:45P

    Book-Vol/Pg:

    Cashier / Station:  0 JB  /  NCCL-CDND243



*Maureen O'Connell*
**County Clerk Maureen O'Connell**

# NOTICE UNDER MECHANIC'S LIEN LAW

PLEASE TAKE NOTICE that **LIBERTY ELEVATOR CORPORATION** a NJ corporation, with principal place of business at **63 East 24th Street, Paterson NJ 07514**, as Lienor, has and claims a Lien on real property described herein.

1.      The Lienor's attorneys are:

      Michael C. Brown, Esq.
      23240 Chagrin Blvd 410
      Cleveland, OH 44122
      (216) 464-6700

2.      The name of the owner(s) of the real property against whose interest therein a Lien is claimed is(are):

      **G & I IX JERICHO PLAZA LLC**
      Attn: Facilities
      220 E 42nd St
      New York NY 10017

      and the interest of the owner as far as known to the lienor is: **fee simple**.

3.      The name of the person to whom the lienor furnished labor and/or materials is:

      **JERICHO PLAZA PORTFOLIO LLC**
      80 State St
      Albany NY 12207

4.      The labor and/or materials furnished consisted of **materials/labor for elevators and related equipment**.

5.      The agreed price and value of the labor and/or materials furnished is **$49,903.02**.

6.      The amount unpaid to the lienor for the labor and/or materials is **$49,903.02**.

7.      The total amount claimed for which this lien is filed is **$49,903.02**.

8.      The time when the first item of labor and/or materials were furnished is **January 1, 2022**.

9.      The time when the last item of labor and/or materials were furnished is **November 1, 2023**.

10.     The property subject to the Lien is situated in the **City of Jericho, County of Nassau, State of New** York, known as:

**Jericho Plaza One and Two**
**Section: 11, Lot: 32, 36 & 37, Block: 355**
**1 & 2 Jericho Plaza**
**APN: 2489-11-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-0**
**APN: 2489-11-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-0**
**APN: 2489-11-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-0**
**City of Jericho, County of Nassau, State of New York**

11.     The labor and/or materials were furnished for and used in the improvement of the real property herein described.

12.     Eight months have not elapsed dating from the last items of labor and/or materials furnished, or since completion of the contract, or since the final furnishing of the labor and/or materials for which this lien is claimed.

December 20, 2023                           **LIBERTY ELEVATOR CORPORATION**

By:     _____

Michael C. Brown
Authorized Agent

---

## CORPORATE VERIFICATION

STATE OF OHIO, COUNTY OF CUYAHOGA

Michael C. Brown, being duly sworn, deposes and says that deponent is the agent of the Lienor corporation named herein, that deponent has read the foregoing Notice of Lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true.

The reason this verification is made by deponent is that deponent is an agent of the lienor corporation named herein, which is a **NJ** corporation and is familiar with the facts and circumstances herein.

And the sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows: Conversations between counsel and officers and/or employees and books and records kept in the ordinary course of business.

_____

Michael C. Brown
Authorized Agent

Sworn to before me this 20 December 2023.

_____
Notary Public

BRITTANY WALASZEWSKI
NOTARY PUBLIC
STATE OF OHIO
My Comm. Exp.
July 10, 2028

433844

This instrument prepared by:
Michael C. Brown, MCC, 23240 Chagrin Blvd 410, Cleveland, Ohio 44122, (Phone: 216-464-6700)



**Nassau County**
**Maureen OConnell**
**County Clerk**
**Mineola, NY 11501**

61 2024 00203743

Ref ID#: ML 24 000031

Instrument Number: 2024- 00203743
As
**L12 - MECHANICS LIEN**

Recorded On:
Parties: January 23, 2024

TO  JE GRANT ASSOCIATES LLC

G & I 1X JERICHO PLAZA LLC

Num Of Pages:

Recorded By: LEVEL SET

Comment:

## ** Examined and Charged as Follows: **

| L12 - MECHANICS LIEN | 15.00 | Blocks - $300 | 300.00 |
|---|---|---|---|
| Recording Charge: | 315.00 | | |

Property Description:

| Line | Section | Block | Lot | Unit | Town Name |
|---|---|---|---|---|---|
| 1 | 11 | 355 | 36 | | OYSTER BAY |
| 2 | 11 | 355 | 37 | | OYSTER BAY |

## ** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Nassau County, NY

File Information:

Record and Return To:

Document Number: 2024- 00203743

Receipt Number: 3066927

Recorded Date/Time: January 23, 2024 03:38:34P

Book-Vol/Pg:

Cashier / Station: 0 DAL / NCCL-5KRYCS2



*Maureen O'Connell*

**County Clerk Maureen O'Connell**

Please Return To the JE Grant Associates, LLCdba
EnergyPlus Solutions
c/o Mail Center
9450 SW Gemini Dr #7790
Beaverton, Oregon 97008-7105
Reference ID: 3LRJ3QG3PTJW

SPACE ABOVE FOR RECORDER'S USE

# NOTICE UNDER MECHANIC'S LIEN LAW FOR ACCOUNT OF PRIVATE IMPROVEMENT

TO THE CLERK OF THE COUNTY OF Nassau County, STATE OF NEW YORK,
AND TO ALL OTHERS WHOM IT MAY CONCERN:

**Lienor**
JE Grant Associates, LLCdba EnergyPlus Solutions
2468 US Highway 206 - 578
Belle Mead, New Jersey 08502
(347) 674-1377

Company is a: Limited Liability Company (LLC)

If a corporation formed outside New York, the company's principal address in New York is:
EnergyPlus Solutions 82 Nassau St Ste 835 New York, NY 10038-3703

If a Partnership, the names of the Partners are: N/A

Claimant License Number:N/A

**Property Owner**

G&I IX JERICHO PLAZA, LLC
c/o DRA Advisors LLC, 220 East 42nd St
New York, New York 10017

Upon information and belief the listed property owner owns 100% of the Property.

**Hiring Party**
G&I IX JERICHO PLAZA, LLC
c/o DRA Advisors LLC, 220 East 42nd St
New York, New York 10017

Property Liened (**"Property"**)

State of New York
County: Nassau County

1 & 2 Jericho Plaza
Jericho, New York 11753

Legal Property Description:
Town of: Oyster Bay Unincorporated Situated in Nassau county, New York; SWIS: 282489; Section: 11; Block: 355; Lots: 36, 37

Is this property, or will this property be, a single family residence? No

**Services:** The lien is claimed for the following labor, services, equipment or materials:
Consulting services related to transitioing current tenant electric and overtime HVAC electric billing procedures to the new owner for both 1 and 2 Jericho Plaza's. React to Owner's request to quickly synthesize tenant elecric and chilled water service bills for 1800 Flowers for 2 Jericho Plaza for the periods from October 2021 to October 2022 and then from November 2022 to March 2023. Upon the initial site visit in November 2022, it was observed that 4 of 9 existing meters were not functional and multiple other meter circuit locations were missing meters thereby requiring energy modeling of tenant occipied spaces and central chiller plant to produce needed bill documentation for tenant payment. Work effort resulted in tenant paying $17,500 per month for the above periods and going forward. Also performed lease analysis and produced maintenance plan and meter plan. Note that agreement shows The Birch Group L.L.C., its affiliates and other enities, as applicable. On or about March 28, 2023, Birch/AMI requested that all

prior invoices be re-issued under "2 Jericho Plaza" and all future invoices to use "2 Jericho Plaza" going forward; invoice title was altered per the customer's request and may not represent all liable parties, such as The Birch Group, L.L.C. and others as stated on the agreement.

**Agreed Price for Services:** $78,514.13

**Unpaid Amount:** Amount unpaid for Services and total amount for which lien is filed: $78,514.13

**First Date** Services Furnished: October 06, 2022

**Last Date** Services Furnished: July 02, 2023

**NOTICE IS HEREBY GIVEN** that **Lienor**, undersigned, has and claims a mechanic's lien pursuant to the Lien Law of the State of New York, on the real property above-described and identified as the **Property**.

The name and identity of the lienor is above-indicated as the **Lienor**. The name of the owner of the **Property** against whose interests therein **Lienor** claims a lien is above-identified as the **Property Owner**, and his interest therein, so far as is known to the **Lienor** is the sole owner of the **Property**, unless multiple **Property Owners** are above-listed, in which case these are the owners of the **Property** together or in the alternative, so far as is known to the **Lienor.**

The name and identity of the party with whom the contract was made by **Lienor** and pursuant to which the labor was performed and the materials were furnished is above-identified as the **Hiring Party**. The contract made between the **Lienor** and the **Hiring Party** provided that the above-described **Services** were to be furnished to the **Property**.

The agreed price for the **Services** is above-identified as the **Agreed Price for Services**. After consideration of all offsets, adjustments, additions or deletions to the work, and just credits, the amount unpaid to the **Lienor** and now due and owing is above-identified as the **Unpaid Amount.**

The statements and matters within this notice Under Mechanic's Lien Law for Account of Private Improvement are alleged upon information and belief.

---

State Of: _Louisiana_

County Of: _Orleans_

**Notary:** On the date indicated hereon, Charles Henson, agent for Lienor, personally came and appeared before me and voluntarily executed this instrument in the agent's stated capacity. The deponent says that s/he has read the foregoing notice under mechanic's lien law for account of private improvement and knows the contents thereof, and that as the appointed agent for the Lienor the deponent has been provided the information indicated in this notice, and that the same is true upon the deponent's information, knowledge and belief.

Sworn to and subscribed before me, Notary Public, on the below date:

Signed: _____

Notary Public
Date: January 22, 2024

I, the undersigned, as a disclosed and authorized agent of the Lienor, state that I have read the foregoing Claim of Lien, that I have been provided information regarding the facts and contents therein, and that based thereupon, upon information and belief believe them to be true.

Name of Lienor:
JE Grant Associates, LLCdba EnergyPlus Solutions

Signed: _____

Lienor, by Authorized and Disclosed Agent
Print Name: Charles Henson
Date: January 22, 2024

ALEXANDER L BENARROCHE
NOTARY PUBLIC
COMMISSIONED FOR LIFE
NOTARY ID NO. 144341
ORLEANS PARISH, LA

AUTHORITY GRANTING LEVELSET TO SIGN FOR CLAIMANT AS
THE CLAIMANT'S REPRESENTATIVE

**Party Granting Authority:**
JE Grant Associates, LLCdba EnergyPlus
Solutions
2468 US Highway 206 - 578
Belle Mead, New Jersey 08502

**Property:**
1 & 2 Jericho Plaza
Jericho, New York 11753
County of Nassau County

The Party Granting Authority named above seeks to file a Notice of Mechanics Lien, mechanics lien release, or other related document with respect to the above-identified Property. By signing this document, the Party Granting Authority provides Levelset, a Delaware corporation, with the authority to sign the document, whether a mechanics lien, lien release, or other document as desired, on its behalf as its authorized representative. Further, as required by this statute, the Party Granting Authority avers and affirms that the allegations of fact within the document, whether a mechanics lien, lien release, or other document are true and correct to the best of the Party Granting Authority's knowledge and belief.

*Jeffrey Grant*
_____
☑ e-Signature ID: HM58WS8

_____

JE Grant Associates, LLCdba EnergyPlus Solutions

Signed by: Jeffrey Grant

_____
(print name and title)

# Exhibit A

EnergyPlus Solutions
Billing History
2024_01_08_01_BRCHGRP_Project Tabulation.xlsm Billed

| Date | Assignment | Purpose | Amount | Invoice | Description - Refer to Invoice Professional Services Detail for Exact Work | Due Date | Date | Months | Late Fee |
|---|---|---|---|---|---|---|---|---|---|
| 11/2/2022 | Jericho LI_1800 Flwrs_Trnstn | $ Time | 4,234.00 | 130 | Building Transition | 12/2/2022 | 1/8/2024 | 13.22 | 559.58 |
| 12/21/2022 | JLI_1800 Flwrs TE-CHW Blng_1.0 | $ Time | 23,707.45 | 139 | SOW 1.0 - Tenant Electric and CHW Estimated Billing | 1/20/2023 | 1/8/2024 | 11.61 | 2,761.36 |
| 12/21/2022 | JLI_1800 Flwrs TE-CHW Blng_1.0 | $ Tolls | 32.09 | 139 | SOW 1.0 - Tenant Electric and CHW Estimated Billing | 1/20/2023 | 1/8/2024 | 11.61 | 3.72 |
| 12/21/2022 | JLI_1800 Flwrs TE-CHW Blng_1.0 | $ Auto | 105.89 | 139 | SOW 1.0 - Tenant Electric and CHW Estimated Billing | 1/20/2023 | 1/8/2024 | 11.61 | 12.29 |
| 1/18/2023 | Jericho LI Utlty Pln_Meters | $ Time | 1,508.00 | 142 | Formulating meter plan - Automated Logic et al | 2/17/2023 | 1/8/2024 | 10.68 | 161.13 |
| 1/23/2023 | JLI_1800 Flwrs TE-CHW Blng_1.0 | $ Time | 23,707.45 | 143 | SOW 1.0 - Tenant Electric and CHW Estimated Billing | 2/22/2023 | 1/8/2024 | 10.52 | 2,494.15 |
| 2/17/2023 | JLI_1800 Flwrs TE-CHW Blng_1.0 | $ Time | 10,824.14 | 147 | SOW 1.0 - Tenant Electric and CHW Estimated Billing | 3/19/2023 | 1/8/2024 | 9.70 | 1,049.79 |
| 2/24/2023 | Jericho LI Utlty Pln_Meters | $ Time | 348 | 148 | Formulating meter plan - Automated Logic et al | 3/26/2023 | 1/8/2024 | 9.47 | 32.95 |
| 2/24/2023 | JLI_1800 Flwrs_Lease Analysis | $ Time | 580 | 149 | Re-analyze lease for any means besides metered data as a basis for billing | 3/26/2023 | 1/8/2024 | 9.47 | 54.92 |
| 3/8/2023 | JLI_1800 Flwrs TE-CHW Blng_1.0 | $ Time | 2,815.61 | 150 | SOW 1.0 - Tenant Electric and CHW Estimated Billing | 4/7/2023 | 1/8/2024 | 9.07 | 255.49 |
| 4/13/2023 | JLI_1800 Flwrs TE-CHW Blng_1.0 | $ Time | 2,758.18 | 154 | SOW 1.0 - Tenant Electric and CHW Estimated Billing | 5/13/2023 | 1/8/2024 | 7.89 | 217.63 |
| 4/17/2023 | Late Fee | $ Interest | 1,440.67 | 155 | | 5/17/2023 | 1/8/2024 | 7.76 | 111.78 |
| 5/22/2023 | Late Fee | $ Interest | 791.41 | 160 | | 6/21/2023 | 1/8/2024 | 6.61 | 52.30 |
| 6/19/2023 | Late Fee | $ Interest | 663.36 | 163 | | 7/19/2023 | 1/8/2024 | 5.69 | 37.73 |
| 7/19/2023 | Late Fee | $ Interest | 718.03 | 169 | | 8/18/2023 | 1/8/2024 | 4.70 | 33.76 |
| 8/28/2023 | Late Fee | $ Interest | 969.15 | 174 | | 9/27/2023 | 1/8/2024 | 3.39 | 32.82 |
| 9/27/2023 | Late Fee | $ Interest | 734.53 | 178 | | 10/27/2023 | 1/8/2024 | 2.40 | 17.63 |
| 10/24/2023 | Late Fee | $ Interest | 667.54 | 183 | | 11/23/2023 | 1/8/2024 | 1.51 | 10.10 |
| 11/20/2023 | Late Fee | $ Interest | 671.02 | 201 | | 12/20/2023 | 1/8/2024 | 0.62 | 4.19 |
| 1/8/2024 | Late Fee | $ Interest | 1,237.61 | 208 | | 2/7/2024 | 1/8/2024 | 0.00 | 0.00 |
| Total: | | | 78,514.13 | 20 | | | | 1% | 1,237.61 |

Cost Summary:

| | | | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $ Tolls | | | 32.09 | | | | | | |
| $ Expenses | | | 0.00 | | | | | | |
| $ Auto | | | 105.89 | | | | | | |
| $ Time | | | 70,482.83 | | | | | | |
| $ Interest | | | 7,893.32 | | | | | | |
| Total: | | | 78,514.13 | | | | | | |

| Project/Task | SubTask | | $ Amount | | Description - Refer to Invoice Professional Services Detail for Exact Work | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jericho LI_1800 Flwrs_Trnstn | | | 4,234.00 | | Building Transition | | | | |
| JLI_1800 Flwrs TE-CHW Blng_1.0 | | | 63,950.81 | | SOW 1.0 - Tenant Electric and CHW Estimated Billing | | | | |
| Jericho LI Utlty Pln_Meters | | | 1,856.00 | | Formulating meter plan - Automated Logic et al | | | | |
| JLI_1800 Flwrs_Lease Analysis | | | 580.00 | | Re-analyze lease for any means besides metered data as a basis for billing | | | | |
| Late Fee | | | 7,893.32 | | | | | | |
| Total: | | | 78,514.13 | | | | | | |



# Invoice

2468 US Highway 206 - 578
Belle Mead, NJ  08502

| DATE | INVOICE # |
|---|---|
| 4/13/2023 | 154 |

| BILL TO | ASSIGNMENT NAME |
|---|---|
| 2 Jericho Plaza | 1800 Flowers Tenant Electric and Chilled Water Estimated Billiung (SOW 1.0) |

| DUE DATE | P.O. NUMBER |
|---|---|
| 5/13/2023 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting | 15% Service Fee Adder Per Attached Account Summary column labeled: "$ Total Monthly Cost" $21,216.79 | 0.13 | 21,216.79 | 2,758.18 |

| | |
|---|---|
| Total | 2,758.18 |
| Balance Due | 2,758.18 |



## ACCOUNT SUMMARY
### March 2023

| | |
| --- | --- |
| Invoice: | 45006 |
| Date: | 4/12/2023 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Tenant:** | 1800 Flowers | **Billing Period:** | **From:** | 18-Feb-23 | **To:** 21-Mar-23 |
| **Lease:** | 1800Flwrs | **Rate:** | Building Average Rate | | |
| **Property:** | TwoJ | **Utility Provider:** | 2 Jericho Plaza | | |
| **Unit ID:** | Multiple | **SF:** | 92,700 | | |

| Month | Days | | Electric Service | | | $ Perimeter Units Cost Allocation | $ Total Monthly Cost |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | kWh Total | $/kWh | $ Cost | | |
| **Mar-23** | 31 | E | 83,493 | 0.191 | 15,908.72 | 8,308.07 | **24,216.79** |
| Total | 31 | | 83,493 | 0.191 | 15,908.72 | 8,308.07 | 24,216.79 |
| Annualized per SF | | | 10.60 | | 2.02 | 1.06 | 3.08 |

**Please remit payment to:**
Jericho Plaza Portfolio LLC
C/O AMI Management
101 Hudson Street
Jersey City, NJ 07302
Attn: Accounts Receivable

**Accounting questions:** (845) 513-0180

NOTE: "$" kWh/Costs and kWh shown are estimated (E = Estimated). Actual Rates and Costs shall be calculated and reconcilled subject to actual meter data. Common Area Tenant Pro-Rata Share not included at this time.



# Invoice

2468 US Highway 206 - 578
Belle Mead, NJ  08502

| DATE | INVOICE # |
|------|-----------|
| 3/8/2023 | 150 |

| BILL TO | ASSIGNMENT NAME |
|---------|-----------------|
| 2 Jericho Plaza | 1800 Flowers Tenant Electric and Chilled Water Estimated Billing (SOW 1.0) |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 4/7/2023 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Consulting | 15% Service Fee Adder Per Attached Account Summary column labeled:<br>"$ Total Monthly Cost"<br>$21,658.55 | 0.13 | 21,658.55 | 2,815.61 |

| | |
|---|---|
| Total | 2,815.61 |
| Balance Due | 2,815.61 |



| | | Report by: | EnergyPlus Solutions |
|---|---|---|---|
| | | Voice: | (347) 674-1377 |
| | | Fax: | (908) 359-3254 |

## ACCOUNT SUMMARY
### February 2023

Invoice: 44975
Date: 3/8/2023

| | | | | | |
|---|---|---|---|---|---|
| **Tenant:** | 1800 Flowers | **Billing Period:** | **From:** 23-Jan-23 | **To:** | 18-Feb-23 |
| **Lease:** | 1800Flwrs | **Rate:** | Building Average Rate | | |
| **Property:** | TwoJ | **Utility Provider:** | 2 Jericho Plaza | | |
| **Unit ID:** | Multiple | **SF:** | 92,700 | | |

| Month | Days | | Electric Service | | | $ Perimeter Units Cost Allocation | $ Total Monthly Cost |
|---|---|---|---|---|---|---|---|
| | | | kWh Total | $/kWh | $ Cost | | |
| **Feb-23** | 26 | E | 70,898 | 0.207 | 14,690.49 | 6,968.06 | **21,658.55** |
| Total | 26 | | 70,898 | 0.207 | 14,690.49 | 6,968.06 | 21,658.55 |
| Annualized per SF | | | 10.74 | | 2.22 | 1.06 | 3.28 |

**Please remit payment to:**

Jericho Plaza Portfolio LLC
C/O AMI Management
101 Hudson Street
Jersey City, NJ 07302
Attn: Accounts Receivable

**Accounting questions:** (845) 513-0180

NOTE: "$" kWh/Costs and kWh shown are estimated (E = Estimated). Actual Rates and Costs shall be calculated and reconcilled subject to actual meter data. Common Area Tenant Pro-Rata Share not included at this time.



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/17/2023 | 147 |

2468 US Highway 206 - 578
Belle Mead, NJ  08502

| BILL TO | ASSIGNMENT NAME |
|---------|-----------------|
| 2 Jericho Plaza | 1800 FLowers Tenant Electric and Chilled Water Estimated Retro Billing (SOW 1.0) |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/19/2023 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Consulting | 15% Service Fee Adder Per Attached Account Summary column labeled: "$ Balance Due" $83,262.63 Billing period 11/22 - 1/23 | 0.13 | 83,262.63 | 10,824.14 |

Thank you for your business!

| | |
|---|---|
| Total | 10,824.14 |
| Balance Due | 10,824.14 |



| | | Report by: | EnergyPlus Solutions |
| --- | --- | --- | --- |
| | | Voice: | (347) 674-1377 |
| | | Fax: | (908) 359-3254 |

## ACCOUNT SUMMARY
### October 2022 to January 2023

| | | | | Date: | 2/16/2023 |

| Tenant: | 1800 Flowers | Billing Period: | | From: | 20-Oct-22 | To: | 23-Jan-23 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Lease: | 1800Flwrs | Rate: | | | Building Average Rate | | |
| Property: | TwoJ | Utility Provider: | | | 2 Jericho Plaza | | |
| Unit ID: | Multiple | SF: | | | 92,700 | | |

| Month | Start Date | End Date | Days | | Electric Service | | | $ Perimeter Units Cost Allocation | $ Total Monthly Cost | $ Previously Billed | $ Balance Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | kWh Total | $/kWh | $ Cost | | | | |
| Nov-22 | 10/20/22 | 11/18/22 | 29 | E | 76,654 | 0.250 | 19,189.31 | 7,849.53 | 27,038.84 | 0.00 | 27,038.84 |
| Dec-22 | 11/18/22 | 12/20/22 | 32 | E | 85,422 | 0.237 | 20,208.75 | 7,829.21 | 28,037.96 | 0.00 | 28,037.96 |
| Jan-23 | 12/20/22 | 01/23/23 | 34 | E | 93,197 | 0.221 | 20,637.95 | 7,547.88 | 28,185.83 | 0.00 | 28,185.83 |
| **Total** | | | **95** | | **255,274** | **0.235** | **60,036.02** | **23,226.61** | **83,262.63** | **0.00** | **$83,262.63** |
| **Annualized per SF** | | | | | | **10.58** | **2.49** | **0.96** | **3.45** | **0.00** | **3.45** |

| Please remit payment to: | Jericho Plaza Portfolio LLC |
| --- | --- |
| | C/O AMI Management |
| | 101 Hudson Street |
| | Jersey City, NJ 07302 |
| | Attn: Accounts Receivable |

| Accounting questions: | (845) 513-0180 |
| --- | --- |

NOTE: "$" kWh/Costs and kWh shown are estimated (E = Estimated). Actual
Rates and Costs shall be calculated and reconciled subject to actual meter
data. Common Area Tenant Pro-Rata Share not included at this time.



**EnergyPlus SOLUTIONS**

# Invoice

2468 US Highway 206 - 578
Belle Mead, NJ 08502

| DATE | INVOICE # |
|---|---|
| 1/23/2023 | 143 |

| BILL TO | ASSIGNMENT NAME |
|---|---|
| 2 Jericho Plaza | 1800 Flowers Tenant Electric and Chilled Water Estimated Retro-Billing (SOW 1.0) |

| DUE DATE | P.O. NUMBER |
|---|---|
| 2/22/2023 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting | 50% of 15% services fee adder per attached Account Summary "$ Balance Due" of $364,729.81 ($182,365) Billing Period 9/21 - 10/22 Part 2 of 2 Subject to settleup based on actual meter data | 0.13 | 182,365.00 | 23,707.45 |

Thank you for your business!

| | |
|---|---|
| Total | 23,707.45 |
| Balance Due | 23,707.45 |



| Report by: | EnergyPlus Solutions |
|---|---|
| Voice: | (347) 674-1377 |
| Fax: | (908) 359-3254 |

## ACCOUNT SUMMARY
September 2021 to October 2022

| Tenant: | 1800 Flowers | Billing Period: | | From: | 21-Sep-21 | | To: | 20-Oct-22 |
|---|---|---|---|---|---|---|---|---|
| Lease: | 1800Flwrs | Rate: | | | Building Average Rate | | | |
| Property: | TwoJ | Utility Provider: | | | 2 Jericho Plaza | | | |
| Unit ID: | Multiple | SF: | | | 92,700 | | | |

Date: 12/2/2022

| Month | Start Date | End Date | Days | | Electric Service | | | $ Perimeter Units Cost Allocation | $ Total Monthly Cost | $ Previously Billed | $ Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | kWh Total | $/kWh | $ Cost | | | | |
| Oct-21 | 09/21/21 | 10/21/21 | 30 | E | 75,471 | 0.251 | 18,974.68 | 5,281.61 | 24,256.29 | 0.00 | 24,256.29 |
| Nov-21 | 10/21/21 | 11/18/21 | 28 | E | 74,011 | 0.211 | 15,637.69 | 4,929.50 | 20,567.19 | 0.00 | 20,567.19 |
| Dec-21 | 11/18/21 | 12/20/21 | 32 | E | 85,422 | 0.213 | 18,213.99 | 5,633.71 | 23,847.71 | 0.00 | 23,847.71 |
| Jan-22 | 12/20/21 | 01/21/22 | 32 | E | 87,715 | 0.199 | 17,486.18 | 8,576.07 | 26,062.25 | 0.00 | 26,062.25 |
| Feb-22 | 01/21/22 | 02/17/22 | 27 | E | 73,625 | 0.203 | 14,924.78 | 7,236.06 | 22,160.84 | 0.00 | 22,160.84 |
| Mar-22 | 02/17/22 | 03/21/22 | 32 | E | 86,186 | 0.227 | 19,547.96 | 8,576.07 | 28,124.03 | 0.00 | 28,124.03 |
| Apr-22 | 03/21/22 | 04/21/22 | 31 | E | 82,598 | 0.233 | 19,246.15 | 8,308.07 | 27,554.21 | 0.00 | 27,554.21 |
| May-22 | 04/21/22 | 05/19/22 | 28 | E | 73,686 | 0.231 | 17,006.76 | 7,504.06 | 24,510.82 | 0.00 | 24,510.82 |
| Jun-22 | 05/19/22 | 06/20/22 | 32 | E | 80,502 | 0.293 | 23,565.91 | 8,576.07 | 32,141.99 | 0.00 | 32,141.99 |
| Jul-22 | 06/20/22 | 07/21/22 | 31 | E | 77,987 | 0.353 | 27,502.62 | 8,308.07 | 35,810.69 | 0.00 | 35,810.69 |
| Aug-22 | 07/21/22 | 08/22/22 | 32 | E | 80,502 | 0.332 | 26,758.60 | 8,576.07 | 35,334.67 | 0.00 | 35,334.67 |
| Sep-22 | 08/22/22 | 09/21/22 | 30 | E | 75,471 | 0.367 | 27,714.13 | 8,040.07 | 35,754.20 | 0.00 | 35,754.20 |
| Oct-22 | 09/21/22 | 10/20/22 | 29 | E | 72,955 | 0.286 | 20,832.87 | 7,772.06 | 28,604.93 | 0.00 | 28,604.93 |
| **Total** | | | **394** | | **1,026,131** | **0.261** | **267,412.32** | **97,317.49** | **364,729.81** | **0.00** | **$364,729.81** |
| **Annualized per SF** | | | | | | | **10.25** | **2.67** | **0.97** | **3.64** | **0.00** | **3.64** |

Please remit payment to:

Jericho Plaza Portfolio LLC
C/O AMI Management
101 Hudson Street
Jersey City, NJ 07302
Attn: Accounts Receivable

Accounting questions:          (845) 513-0180

NOTE: "$" kWh/Costs and kWh shown are estimated (E = Estimated). Actual
Rates and Costs shall be calculated and reconciled subject to actual meter
data. Common Area Tenant Pro-Rata Share not included at this time.



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/24/2023 | 148 |

2468 US Highway 206 - 578
Belle Mead, NJ 08502

| BILL TO | ASSIGNMENT NAME |
|---------|-----------------|
| 2 Jericho Plaza | Jericho LI Utility Plan_Meters |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/26/2023 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Consulting | Refer to Professional Services - Details | 1.2 | 290.00 | 348.00 |

Thank you for your business!

| | |
|---|---|
| Total | 348.00 |
| Balance Due | 348.00 |



| Jericho LI Utlty Pln_Meters | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Day** | **Purpose** | **Hours** | **Owner** | **$ Auto** | **$ Time** |
| | | | | 290 | | |
| 1/23/2023 | Mon | Respond to Automated Logics inquiry on Next steps | 0.20 | X | $0.00 | $58.00 |
| 2/2/2023 | Thu | Share LIPA residential TOD roll out for 2024. Show PSEG LI current seasonal demand rates to illustrate the basis for specifying the proper meter and data system. Outline meter and meter data systems and Watt stopper and hour meter plan. Collaborate on 1800 Flowers approach to resolve hesitation in paying the bill. Mike and Jon. | 1.00 | X | $0.00 | $290.00 |
| Subtotal: | | | 6.40 | 0.0 | $0.00 | $1,856.00 |
| Billed to Date: | | | | | 0.00 | 1,508.00 |
| Current Due: | | | | | $0.00 | $348.00 |



**EnergyPlus Solutions**

# Invoice

2468 US Highway 206 - 578
Belle Mead, NJ 08502

| DATE | INVOICE # |
|------|-----------|
| 2/24/2023 | 149 |

| BILL TO | ASSIGNMENT NAME |
|---------|-----------------|
| 2 Jericho Plaza | Jericho LI - Lease Plan |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/26/2023 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Consulting | Refer to Professional Services - Details | 2 | 290.00 | 580.00 |

| | |
|---|---|
| Total | 580.00 |
| Balance Due | 580.00 |



| JLI_1800 Flwrs_Lease Analysis | | | | | | |
|---|---|---|---|---|---|---|
| Date | Day | Purpose | Hours | Owner | $ Auto | $ Time |
| | | | | 290 | | |
| 1/3/2023 | Tue | Read lease to see if there is a pre-construction clause that can work. Also data center by survey. | 0.50 | X | $0.00 | $145.00 |
| 1/4/2023 | Wed | Send Mike the highlighted portions of the lease. Cannot see any foothold to bill anything except metered data for anything except the supplemental cooling in the server room. This is 2 x 1 ton Mitsubishi split systems. | 0.20 | X | $0.00 | $58.00 |
| 1/4/2023 | Wed | Review 12/29 email and attachment from Mike L. Showed rent statements and EPS bill attachments. Make agenda for teams meeting tomorrow with Jon and possibly Mike. | 0.50 | X | $0.00 | $145.00 |
| 1/5/2023 | Thu | Teams meeting with Jon and Mike to discuss next steps. Mike to speak to 1800 Flowers to move historic billing off center. Propose meter plan to tenant to solve the problem. EPS to produce meter and timer data system outline specification for electrical contractor design build pricing. Target date for meter system replacement is March 2023. Time clocks is a second phase. | 0.80 | X | $0.00 | $232.00 |
| | | | | | | |
| Subtotal: | | | 2.00 | 0.0 | $0.00 | $580.00 |
| | | | | | | |
| Billed to Date: | | | | | 0.00 | 0.00 |
| | | | | | | |
| Current Due: | | | | | $0.00 | $580.00 |



**Invoice**

2468 US Highway 206 - 578
Belle Mead, NJ  08502

| DATE | INVOICE # |
|------|-----------|
| 12/21/2022 | 139 |

| BILL TO | ASSIGNMENT NAME |
|---------|-----------------|
| 2 Jericho Plaza | 1800 Flowers Tenant Electric and Chilled Water Estimated Retro-Billing (SOW 1.0) |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/20/2023 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Consulting | 50% of 15% services fee adder per attached Account Summary "$ Balance Due" of $365,729.81 ($182,365) Billing period 9/21 - 10/22 Part 1 of 2 Subject to setttleup based on actual meter data | 0.13 | 182,365.00 | 23,707.45 |
| Tolls | | 1 | 32.09 | 32.09 |
| Mileage | | 181 | 0.585 | 105.89 |

Thank you for your business!

| Total | 23,845.43 |
|-------|-----------|
| Balance Due | 23,845.43 |



## ACCOUNT SUMMARY
### September 2021 to October 2022

Date: 12/2/2022

| | | | |
|---|---|---|---|
| Tenant: | 1800 Flowers | Billing Period: | |
| Lease: | 1800Flwrs | Rate: | From: 21-Sep-21 To: 20-Oct-22 |
| Property: | TwoJ | Utility Provider: | Building Average Rate |
| Unit ID: | Multiple | SF: | 2 Jericho Plaza |
| | | | 92,700 |

| Month | Start Date | End Date | Days | | Electric Service | | | $ Perimeter Units Cost Allocation | $ Total Monthly Cost | $ Previously Billed | $ Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | kWh Total | $/kWh | $ Cost | | | | |
| Oct-21 | 09/21/21 | 10/21/21 | 30 | E | 75,471 | 0.251 | 18,974.68 | 5,281.61 | 24,256.29 | 0.00 | 24,256.29 |
| Nov-21 | 10/21/21 | 11/18/21 | 28 | E | 74,011 | 0.211 | 15,637.69 | 4,929.50 | 20,567.19 | 0.00 | 20,567.19 |
| Dec-21 | 11/18/21 | 12/20/21 | 32 | E | 85,422 | 0.213 | 18,213.99 | 5,633.71 | 23,847.71 | 0.00 | 23,847.71 |
| Jan-22 | 12/20/21 | 01/21/22 | 32 | E | 87,715 | 0.199 | 17,486.18 | 8,576.07 | 26,062.25 | 0.00 | 26,062.25 |
| Feb-22 | 01/21/22 | 02/17/22 | 27 | E | 73,625 | 0.203 | 14,924.78 | 7,236.06 | 22,160.84 | 0.00 | 22,160.84 |
| Mar-22 | 02/17/22 | 03/21/22 | 32 | E | 86,186 | 0.227 | 19,547.96 | 8,576.07 | 28,124.03 | 0.00 | 28,124.03 |
| Apr-22 | 03/21/22 | 04/21/22 | 31 | E | 82,598 | 0.233 | 19,246.15 | 8,308.07 | 27,554.21 | 0.00 | 27,554.21 |
| May-22 | 04/21/22 | 05/19/22 | 28 | E | 73,686 | 0.231 | 17,006.76 | 7,504.06 | 24,510.82 | 0.00 | 24,510.82 |
| Jun-22 | 05/19/22 | 06/20/22 | 32 | E | 80,502 | 0.293 | 23,565.91 | 8,576.07 | 32,141.99 | 0.00 | 32,141.99 |
| Jul-22 | 06/20/22 | 07/21/22 | 31 | E | 77,987 | 0.353 | 27,502.62 | 8,308.07 | 35,810.69 | 0.00 | 35,810.69 |
| Aug-22 | 07/21/22 | 08/22/22 | 32 | E | 80,502 | 0.332 | 26,758.60 | 8,576.07 | 35,334.67 | 0.00 | 35,334.67 |
| Sep-22 | 08/22/22 | 09/21/22 | 30 | E | 75,471 | 0.367 | 27,714.13 | 8,040.07 | 35,754.20 | 0.00 | 35,754.20 |
| Oct-22 | 09/21/22 | 10/20/22 | 29 | E | 72,955 | 0.286 | 20,832.87 | 7,772.06 | 28,604.93 | 0.00 | 28,604.93 |
| **Total** | | | **394** | | **1,026,131** | **0.261** | **267,412.32** | **97,317.49** | **364,729.81** | **0.00** | **$364,729.81** |
| **Annualized per SF** | | | | | | | **2.67** | **0.97** | **3.64** | **0.00** | **3.64** |

Please remit payment to:

Jericho Plaza Portfolio LLC
C/O AMI Management
101 Hudson Street
Jersey City, NJ 07302
Attn: Accounts Receivable

Accounting questions: (845) 513-0180

NOTE: "$" kWh/Costs and kWh shown are estimated (E = Estimated). Actual
Rates and Costs shall be calculated and reconciled subject to actual meter
data. Common Area Tenant Pro-Rata Share not included at this time.



**EnergyPlus SOLUTIONS**

# Invoice

2468 US Highway 206 - 578
Belle Mead, NJ  08502

| DATE | INVOICE # |
| --- | --- |
| 1/18/2023 | 142 |

| BILL TO | ASSIGNMENT NAME |
| --- | --- |
| 2 Jericho Plaza | Jericho LI Utility Plan_Meters |

| DUE DATE | P.O. NUMBER |
| --- | --- |
| 2/17/2023 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Consulting | Refer to Professional Services - Details | 5.2 | 290.00 | 1,508.00 |

Thank you for your business!

| | |
| --- | --- |
| Total | 1,508.00 |
| Balance Due | 1,508.00 |



# Professional Services - Details

| Date | Day | Purpose | Hours | Owner | $ Auto | $ Time |
|------|-----|---------|-------|-------|--------|--------|
| | | | | 290 | | |
| 12/13/2022 | Tue | Conference Call for Jericho 1 and 2 Plan - Rent Roll, Leases, Jon - Sheila - Automated Logic. 2023 Budget Billing Amounts - Email | 1.50 | X | $0.00 | $435.00 |
| 12/14/2022 | Wed | Attend remote LIPA monthly meeting - gather information on new tariffs, merchant power and solar incentives. 25 MW - Tier 1 RECS NYSERDA $500/MW paid over 10 years. Shoppable portion of bill increased. Also feed in tariff targeting 25 MW | 2.00 | NC | $0.00 | $0.00 |
| 12/28/2022 | Wed | Review Automated Logic existing points list. Propose times for Automated Logic and Jon meeting to see what the point list data streams are and figure out how they might be utilized. | 0.20 | X | $0.00 | $58.00 |
| 1/3/2023 | Tue | Meters - Conduct automated logic meeting with Lee Lehle, Alison Seipp, Jon S. and Mike L. | 0.50 | X | $0.00 | $145.00 |
| 1/3/2023 | Tue | Meters - Discuss hurdles with existing engineering staff, confirm direction to pursue Automated Logic solution for the time being, with Mike L. Produce meeting summary and follow up items assignments for meeting next week. Set Teams meeting for follow up next week | 1.00 | X | $0.00 | $290.00 |
| 1/3/2023 | Tue | Meters - Spoke to Justin - Emon Technical support - Meters are 2 wire pulse. Need an Interval Data Recorder 8 or 16 point - to convert to Modbus. Installation and technical information coming. It should contain pule multipliers | 0.50 | X | $0.00 | $145.00 |
| 1/3/2023 | Tue | Meters - Received Emon technical information - 2 wire pulse - 4.5-28 VDC electronic dry contacts. Make sure Automated Logic can receive input as a voltage sink. Emailed Pollart Sales for IDR 8 and 16 point panels. | 0.50 | X | $0.00 | $145.00 |
| 1/8/2023 | Sun | Construct SOW 3.0 for 1800 Flowers Tenant Electric Utility Meters – EPC RFQ/RFP – Commissioning and System Integration | 1.00 | NC | $0.00 | $0.00 |
| 1/13/2023 | Fri | Automated Logic Teams meeting: Objective is to understand what platform it can offer for utility meter data, watt stopper timer operation and hour meter activation data acquisition. Write up recommendations for Birch group: Separate data systems vs Automated Logic platform. | 1.00 | X | $0.00 | $290.00 |
| 1/13/2023 | Fri | Rework scope for Automated Logic pricing alternate. Add pre-bid meeting to scope. Revisit phasing of meters first, then optional second phase for tenant overtime data systems. | 1.00 | NC | $0.00 | $0.00 |
| 1/17/2023 | Tue | Proposal - Schedule tasks and responsibilities. Write proposal letter | 2.00 | NC | $0.00 | $0.00 |
| Subtotal: | | | 5.20 | 0.0 | $0.00 | $1,508.00 |
| Billed to Date: | | | | | 0.00 | 1,508.00 |
| Current Due: | | | | | $0.00 | $0.00 |

Nassau County
Maureen OConnell
County Clerk
Mineola, NY 11501

61 2023 00062654

Ref ID#: EC 23 602630

Instrument Number: 2023- 00062654
As
J67 - ELECTRONIC DEFAULT JUDGMENT

Recorded On:  April 25, 2023
Parties:  POWER-FLO TECHNOLOGIES INC
    TO  JERICHO PLAZA PORTFOLIO LLC
Recorded By:  ROBERT ANSELL

Num Of Pages: 3

Comment:

## ** Examined and Charged as Follows: **

J67 - ELECTRONIC DEFAULT JUD        45.00
    Recording Charge:        45.00

## ** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For:  Nassau County, NY

File Information:                  Record and Return To:
    Document Number:  2023- 00062654
    Receipt Number:  2864203
    Recorded Date/Time:  April 25, 2023 11:53:00A
    Book-Vol/Pg:  Bk-K VI-832 Pg-131
    Cashier / Station:  0 DAL /  NCCL-3KZLH03



Maureen O'Connell
County Clerk Maureen O'Connell

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

-------------------------------------------------------------------x

POWER-FLO TECHNOLOGIES, INC. d/b/a
UNITED ELECTRIC POWER,

                              Plaintiff,                      Index No. 602630/2023

              - against -
                                                              **An action against an entity based upon non-payment
JERICHO PLAZA PORTFOLIO LLC                                   of a contractual obligation.**

                              Defendant.

-------------------------------------------------------------------x

| | | | | |
|---|---|---|---|---|
| Amount claimed in Complaint (notice)...................... | $18,620 | 83 | | |
| Interest 1.5% per month as of 3/17/23............ | $1,982 | 11 | $20,602 | 94 |
| Costs by Statute............................................ | 55 00 | | | |
| Service of Summons and Complaint......................... | $126 80 | | | |
| Affidavits................................................... | | | | |
| Transcripts and Docketing.................................. | | | | |
| Clerk's Fees entering Judgment............................. | | | ADJUSTED AT $ 265 00 | |
| Postage...................................................... | | | THIS 25 DAY OF April 20 23 | |
| Sheriff's Fees on Execution................................. | | | *Maureen O'Connell* | |
| Satisfaction Piece.......................................... | | | Clerk, Nassau Co. | |
| Taxing Costs................................................ | | | | |
| Fee for Index Number....................................... | $210 | 00 | | |
| Costs taxed at.............................................. | | | | |
| Legal Fees (including taxable costs & disbursements) | | | | |
| Clerk | | | Total....$20,939.74   20,867.94 | |

STATE OF NEW YORK, COUNTY OF NASSAU    ss.:                    ATTORNEY'S AFFIRMATION
*The undersigned, attorney at law of the State of New York*

          **ROBERT J. ANSELL,** *attorney of record for the plaintiff herein, states that the disbursements above specified are correct and
true and have been or will necessarily be made or incurred herein and are reasonable in amount; that the time for the defendant to appear
or answer herein has expired and that the said defendant has not appeared or answered herein. The undersigned affirms this statement to
be true under the penalties of perjury.*

*Dated:*   New Hyde Park, New York
           March 17, 2023                              ROBERT J. ANSELL

   *JUDGMENT based upon the default of defendant in answering, appearing, or moving in response to the complaint, entered in favor of
plaintiff,*

NOW, ON MOTION OF **Robert J. Ansell**, *general counsel and attorney for plaintiff it is,*

ADJUDGED *that* Power-Flo Technologies, Inc. d/b/a United Electric Power, *plaintiff,* with a principal place of business at 270 Park Avenue, New Hyde Park, New York 11040 do recover of *defendant* Jericho Plaza Portfolio LLC, with an address at 2 Jericho Plaza, Jericho, New York 11753 the principal sum of $18,620.83 together with interest in the amount of $1,982.11 together with costs and disbursements of $ 265.00 for judgment in the total sum of $20,867.94 and that plaintiff have execution therefor.

Maureen O'Connell .........Clerk