# EXHIBIT 13

Nassau County
Maureen OConnell
County Clerk
Mineola, NY 11501



| | |
|---|---|
| Ref ID#: EC 23 602630 | Instrument Number: 2023- 00062654 |

As

### J67 - ELECTRONIC DEFAULT JUDGMENT

Recorded On: April 25, 2023
Parties: POWER-FLO TECHNOLOGIES INC
  TO JERICHO PLAZA PORTFOLIO LLC
Num Of Pages: 3
Recorded By: ROBERT ANSELL
Comment:

** Examined and Charged as Follows: **

| | |
|---|---|
| J67 - ELECTRONIC DEFAULT JUD | 45.00 |
| Recording Charge: | 45.00 |

** THIS PAGE IS PART OF THE INSTRUMENT **

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Nassau County, NY

**File Information:**
Document Number: 2023- 00062654
Receipt Number: 2864203
Recorded Date/Time: April 25, 2023 11:53:00A
Book-Vol/Pg: Bk-K Vl-832 Pg-131
Cashier / Station: 0 DAL / NCCL-3KZLH03

**Record and Return To:**



County Clerk Maureen O'Connell

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------------x
POWER-FLO TECHNOLOGIES, INC. d/b/a
UNITED ELECTRIC POWER,

                                  Plaintiff,       Index No. 602630/2023

   - against -

                                **An action against an entity based upon non-payment**

JERICHO PLAZA PORTFOLIO LLC       **of a contractual obligation.**

                          Defendant.
---------------------------------------------------------------------x

| | | | | |
|---|---|---|---|---|
| *Amount claimed in Complaint (notice)*............ | $18,620 | 83 | | |
| *Interest 1.5% per month as of 3/17/23*............ | $1,982 | 11 | $20,602 | 94 |
| *Costs by Statute*............................. | 55 00 | | | |
| *Service of Summons and Complaint*......... | ~~$126~~ 80 | | | |
| *Affidavits*............................. | | | | |
| *Transcripts and Docketing*............. | | | | |
| *Clerk's Fees entering Judgment*......... | | | ADJUSTED AT $ 265 00 | |
| *Postage*............................. | | | THIS 25 DAY OF APRIL 20 23 | |
| *Sheriff's Fees on Execution*............ | | | *Maureen O'Connell* (signature) | |
| *Satisfaction Piece*.................... | | | Clerk, Nassau Co. | |
| *Taxing Costs*.......................... | | | | |
| *Fee for Index Number*................. | $210 | 00 | | |
| *Costs taxed at*........................ | | | | |
| *Legal Fees (including taxable costs & disbursements)* | | | | |
| Clerk | | | ~~Total....$20,939.74~~ 20,867.94 | |

STATE OF NEW YORK, COUNTY OF NASSAU   ss.:                               ATTORNEY'S AFFIRMATION
*The undersigned, attorney at law of the State of New York*

        **ROBERT J. ANSELL**, *attorney of record for the plaintiff herein, states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount, that the time for the defendant to appear or answer herein has expired and that the said defendant has not appeared or answered herein. The undersigned affirms this statement to be true under the penalties of perjury.*

Dated:   New Hyde Park, New York
           March 17, 2023                                                     ROBERT J. ANSELL

    JUDGMENT *based upon the default of defendant in answering, appearing, or moving in response to the complaint, entered in favor of* plaintiff,

NOW, ON MOTION OF **Robert J. Ansell**, *general counsel and attorney for plaintiff it is,*

ADJUDGED *that* Power-Flo Technologies, Inc. d/b/a United Electric Power, *plaintiff,* with a principal place of business at 270 Park Avenue, New Hyde Park, New York 11040 do recover of *defendant* Jericho Plaza Portfolio LLC, with an address at 2 Jericho Plaza, Jericho, New York 11753 the principal sum of $18,620.83 together with interest in the amount of $1,982.11 together with costs and disbursements of $265.00 for judgment in the total sum of $20,867.94 and that plaintiff have execution therefor.

Maureen O'Connell, Clerk