UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE FOR NATIXIS COMMERCIAL MORTGAGE SECURITIES TRUST 2022-JERI, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2022-JERI (FOR THE BENEFIT OF THE CERTIFICATEHOLDERS), acting by and Midland Loan Services, a division of PNC Bank National Association as Special Servicer under the Trust Servicing Agreement dated as of April 18, 2022,<br><br>Plaintiff,<br><br>v.<br><br>JERICHO PLAZA PORTFOLIO LLC; MENACHEM MEISNER; POWER-FLO TECHNOLOGIES INC. d/b/a UNITED ELECTRIC POWER; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; LIBERTY ELEVATOR CORPORATION; JE GRANT ASSOCIATES LLC d/b/a ENERGY PLUS SOLUTIONS; and "JOHN DOE" NO. 1 THROUGH "JOHN DOE" NO. 100, and "JOHN DOE" NO. 1 THROUGH "JOHN DOE" NO. 100,<br><br>The names of the "John Doe" Defendants being Fictitious and Unknown to Plaintiff, the Persons and Entities Intended Being Those Who May Be in Possession of, or May Have Possessory Liens or Other Interests in, the Premises Herein Described,<br><br>Defendants. | Civil Action File No.  24 Civ. 917<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER TO SHOW CAUSE SEEKING THE IMMEDIATE APPOINTMENT OF A RECEIVER** |

**UPON** the application of plaintiff U.S. Bank Trust Company, National Association, solely in its Capacity as Trustee ("Trustee") for Natixis Commercial Mortgage Securities Trust 2022-Jeri, Commercial Mortgage Pass-Through Certificates, Series 2022-Jeri ("Trust"), for the Benefit

of the Certificate Holders) (Trustee as trustee of the Trust shall be referred to hereinafter as "Plaintiff"), acting by and through Midland Loan Services, a division of PNC Bank National Association ("Special Servicer"), as Special Servicer under the Trust and Servicing Agreement dated as of April 18, 2022 (the "TSA") for an emergency order: (i) appointing Ian Lagowitz of Trigild IVL Group, LLC as receiver to take immediate possession and control of the assets of Borrowers, which includes, without limitation, certain real property and improvements located at the real property located at One Jericho Plaza and Two Jericho Plaza, Jericho, New York 11753 (Section: 11; Block: 355; Lots: 31 and 32) (the "Property"); and (ii) granting such other and further relief as this Court deems just, proper and equitable, and upon the Complaint dated February 7, 2024 filed herein and the exhibits annexed thereto, upon the Local Rule 6.1(d) Declaration of Emergency of Stacey A. Lara, dated February 7, 2022 and the supporting declaration of Christopher Hamilton, dated February 7, 2024, and all exhibits respectively annexed thereto, and upon the Memorandum of Law supporting Plaintiff's application; it appearing that this is a proper case for the issuance of an Order to Show Cause, as the Property securing Plaintiff's $149,180,000.00 loan at issue in this action will imminently suffer waste and diminished value if the relief requested is not granted; and

**FOR GOOD CAUSE APPEARING THEREFORE**, it is hereby:

**ORDERED** that the above-named defendants, either in person or by their attorneys, show cause before this Court at Courtroom 1305, United States District Courthouse, 40 Centre Street, New York, New York, on the 14th day of February, 2024 at 2 p.m., why an Order: (i) appointing Ian Lagowitz of Trigild IVL Group, LLC as receiver to take immediate possession and control of Borrowers' assets pursuant to Rule



66 of the Federal Rules of Civil Procedure, should not be issued; and (ii) granting such other and further relief as this Court deems just, proper and equitable.

Sufficient cause appearing therefore, Plaintiff shall serve a copy of this Order together with the papers upon which it is granted, upon each of the above-named defendants by *today,* February __8__, 2024; and *shall file a declaration attesting to such service forthwith; and*

Let any opposition to the application of Plaintiff brought on by this Order to Show Cause be served upon Plaintiff by delivering a copy of such opposition to counsel for Plaintiff, Holland & Knight LLP, 31 West 52nd Street, New York, New York 10022, by email on its counsel of record on or before February __12__, 2024; and let reply to the opposition be served upon Defendants or their counsel on or before February __13__, 2024.

**SO ORDERED** this __8th__ day of __February__, 2024.

_____
Honorable __Paul A. Engelmayer__, U.S.D.J.