# EXHIBIT 2

Ottavio Mattia

**From:** Jon Silverman <jon@amimgt.com>
**Sent:** Thursday, October 5, 2023 9:47 AM
**To:** Ottavio Mattia
**Cc:** Brian McGee
**Subject:** Re: Building issues and parking

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Ottavio,

Please see my answers to your questions below:

**Cleaning Service:**
1. The cleaners have been reduced and they do not have enough manpower working to effectively clean our entire space.
2. The cleaners leave our lights on almost every night now costing us in wasted energy.

9/21/2023 – J.S. - Alerted cleaners and they are telling me they have not cut any cleaners. But I did make it clear that you are not happy with the service and they need to put extra attention and time into cleaning your suites. I also notified the cleaners that they MUST turn the lights off when they leave as well.

10/3/2023 – Status Update - The cleaning crew said they did not reduce any staff at all. And they told me the manager will make sure the lights are off every night when they leave.

3. Individual A/C units by the windows and in the offices need to be cleaned and filters need to be replaced as it is over a year that it hadn't been done

10/3/2023 – Status Update - we will come in next week to take a look at the units and the filters and address it then.

4. Middle elevator has been out of service for months. Real Estate Service Elevator has been out of service for weeks.

10/3/2023 – Status Update - Will place a service call with the elevator vendor to come repair them and will update with timing.

5. The building maintenance staff has been reduced to one person during the day and no one is on staff from 2:00-4:00pm.

10/3/2023 – Status Update – We have a maintenance person on site at all times whether it be building engineers, porters or managers. All requests you may have will be able to be answered and addressed.

6. We alerted you months ago to not having the legal hold open devices on any of the fire exit doors in the building which is a huge safety issue for the entire building.

10/3/2023 – Status Update - will have one of our operations managers come out next week to take a look and will make sure to address it then as well.

**Landscaper:**

1

7. The landscaping is terrible and has numerous issues with weeds everywhere
8. The parking lot hasn't been cleaned in months
9. There is nothing for where the flowers were other than weeds
10. There are 10 dead trees just in our side with 7 right at our front. These dead trees pose a severe safety hazard as many have been dead for many months now with nothing done and pose a severe risk to those entering and exiting out building. Birch trees are falling and just missed hitting one of our employees. See photograph.

9/21/2023 – J.S. - We are searching for a new landscaping vendor as we speak and are getting pricing / quotes as it is clear the current vendor is not performing up to par. The dead trees surrounding the building have been cut down.

10/3/2023 – Status Update - **We have found and signed an agreement with a new vendor who will start with the fall cleanup and continue into next year.**

**Parking Lot Striping Vendor:**
11. Our parking spaces have been requested to get the numbers put back on the north side as they were not put back when the spots were redone.
12. The Southern spots can't be read on most of them and need to be fully restored and the numbers put back especially on 61, 62, 75, 76, 77, 78, 79, 80. 81,84, 85, 86, 87, 88, 89 and 90
13. The Eastern parking spots can't be read on most of them

9/21/2023 – J.S. - parking lot striping vendor is coming back this week to repaint the numbers and other faded parking lot spots as well.

10/3/2023 – Status Update -

 The vendor has been meaning to come for weeks but it's been raining so much and that has interfered with his schedule. He is planning to come back next week to finish.

**Security:**
14. Parking lot patrolling has resumed after 9 months yet is still not performed in accordance with the lease agreement.

10/3/2023 – Status Update -I will look into this and speak to the security company to discuss and ensure they are operating the patrol accordingly.

Regards,
Jon



Jon Silverman | Property Manager



AMI Management | 101 Hudson Street | Jersey City, NJ 07302
Cell: (516) 508-1060 | jon@amimgt.com | www.amimgt.com

2