**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7615**

WRITER'S EMAIL ADDRESS
**blairadams@quinnemanuel.com**

April 29, 2024

**VIA ECF**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1305
New York, NY 10007

Re: *U.S. Bank Trust Company, N.A. v. Jericho Plaza Portfolio LLC, et. al.*, C.A. No. 1:24-cv-00917-PAE

Dear Judge Engelmayer:

We write on behalf of defendants Jericho Plaza Portfolio LLC and Menachem Meisner in the above-referenced action. In light of the Passover holiday, we respectfully request a two-day extension to the deadline to file a sur-reply from April 29, 2024, to May 1, 2024. No prior request has been made to extend this deadline, and Plaintiff's counsel consents to the extension.

Respectfully,

*/s/ Blair Adams/*

Blair Adams

cc: counsel of record (via ECF)

The Court grants defendants' motion to extend the deadline to file a sur-reply brief. The sur-reply is now due May 1, 2024.

SO ORDERED.

*/s/ Paul A. Engelmayer/*
PAUL A. ENGELMAYER
United States District Court Judge
April 29, 2024

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON |