UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF NATIXIS COMMERCIAL MORTGAGE SECURITIES TRUST 2022- JERI, <br><br>　　　　　　　　　Plaintiff, <br><br>　-against- <br><br>JERICHO PLAZA PORTFOLIO LLC, ET AL., <br><br>　　　　　　　　　Defendants. | 24-CV-00917 (PAE)(RFT) <br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　By Order of Reference dated April 30, 2024 (ECF 98), Judge Paul A. Engelmayer referred this case to Magistrate Judge Ona T. Wang for settlement. On **Thursday, May 2, 2024**, that referral was reassigned to me.

　　A settlement conference is scheduled for **Tuesday, June 18, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **May 20, 2024**, to propose three alternative dates and times for the settlement conference during the week of June 17, 2024.

　　The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **June 11, 2024, at 5:00 p.m**.

　　Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:　May 6, 2024　　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge