UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE
HOLDERS OF NATIXIS COMMERCIAL MORTGAGE
SECURITIES TRUST 2022-JERI, COMMERCIAL MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2022-JERI
Acting by and through Midland Loan Services, a division            Civil Action File No.
Of PNC Bank, National association as special servicer
Under Trust Servicing Agreement dated as of April 18, 2022,
                                                                             1:24-cv-00917-PAE

                                     Plaintiff,
                   V.


JERICHO PLAZA PORTFOLIO LLC, MENACHEM MEISNER,
POWER-FLO TECHNOLOGIES, INC. d/b/a/ UNITED
ELECTRIC POWER; NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE, LIBERTY ELEVATOR
CORPORATION, JE GRANT ASSOCIATES LLC d/b/a
ENERGY PLUS SOLUTIONS and "JOHN DOE" NO. 1
THROUGH "JOHN DOE" NO.100, The names of the "John Doe"
Defendants being Fictitious and Unknown to Plaintiff, the Persons
and Entities Intended Being Those Who May be in Possession of,
or May Have Possessory Liens Other Interests in, the
Properties Herein Described

                                     Defendants.
------------------------------------------------------------------------X

## ANSWER OF DEFENDANT LIBERTY ELEVATOR CORPORATION

Defendant, LIBERTY ELEVATOR CORPORATION ( "LIBERTY") by and through its attorney Albert A. Hatem, Esq. hereby submits this Answer to the Complaint of Plaintiff U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF NATIXIS COMMERCIAL MORTGAGE SECURITIES TRUST 2022-JERI, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2022-JERI, Acting by and through Midland Loan Services, a division

Of PNC Bank, National Association as Special Servicer Under Trust Servicing Agreement dated as of April 18, 2022, (" PLAINTIFF" and/or "U.S. BANK").

**PARTIES**

FIRST: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 1 of the Complaint.

SECOND: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 2 of the Complaint and refers all questions of law to this Honorable Court.

THIRD: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 3 of the Complaint and refers all questions of law to this Honorable Court.

FOURTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 4 of the Complaint and refers all questions of law to this Honorable Court.

FIFTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 5 of the Complaint.

SIXTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 6 of the Complaint and refers all questions of law to this Honorable Court.

SEVENTH: Admits the allegations contained in Paragraph 7 of the Complaint.

EIGHTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 8 of the Complaint and refers all questions of law to this Honorable Court.

NINTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 9 of the Complaint.

TENTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 10 of the Complaint and refers all questions of law to this Honorable Court.

ELEVENTH:  Admits the allegations contained in Paragraphs 11 and 12 of the Complaint.

TWELVETH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 13 of the Complaint.

THIRTEENTH:  Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 14 of the Complaint and refers all questions of law to this Honorable Court.

## JURISDICTION AND VENUE

FOURTEENTH:  Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 15 of the Complaint and refers all questions of law to this Honorable Court.

FIFTEENTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 16 of the Complaint and refers all questions of law to this Honorable Court.

SIXTEENTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 17 of the Complaint and refers all questions of law to this Honorable Court.

SEVENTEENTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 18 of the Complaint and refers all questions of law to this Honorable Court.

EIGHTEENTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 19 of the Complaint and refers all questions of law to this Honorable Court.

NINETEENTH: Admits the allegations contained in Paragraph 20 of the Complaint.

TWENTIETH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 21 of the Complaint and refers all questions of law to this Honorable Court.

TWENTY FIRST: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 22 of the Complaint and refers all questions of law to this Honorable Court.

TWENTY SECOND: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 23 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

TWENTY THIRD: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 24 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

**TWENTY FOURTH**: As to Paragraph 25 of the Complaint, refers all questions of law to this Honorable Court.

## FACTUAL BACKGROUND

### A. THE LOAN

TWENTY FIFTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 26 of the Complaint and refers all questions of law to this Honorable Court.

TWENTY SIXTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 27 of the Complaint and refers all questions of law to this Honorable Court.

TWENTY SEVENTH: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 28 of the Complaint and refers all questions of law to this Honorable Court.

TWENTY EIGHT:: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 29 of the Complaint except admits that documents relating to real property including mortgages are subject to State filing requirements and refers all questions of law to this Honorable Court.

TWENTY NINE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 30 of the Complaint and refers all questions of law to this Honorable Court.

THIRTY: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 31 of the Complaint except upon information and belief documents relating to Uniform Commercial Code Financing Statements with the Delaware Secretary of State are subject to that State's filing requirements and refers all questions of law to this Honorable Court.

THIRTY ONE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 32 of the Complaint except upon information and belief documents relating to Uniform Commercial Code Financing Statements with the Delaware Secretary of State are subject to that State's filing requirements and refers all questions of law to this Honorable Court.

THIRTY TWO: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 33 of the Complaint and refers all questions of law to this Honorable Court.

### B. The Mezzanine Loan

THIRTY THREE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 34 of the Complaint and refers all questions of law to this Honorable Court.

### C. Assignment of Loan Documents to Plaintiff

THIRTY FOUR: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 35 of the Complaint and refers all questions of law to this Honorable Court.

THIRTY FIVE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 36 of the Complaint and refers all questions of law to this Honorable Court.

THIRTY SIX: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 37 of the Complaint and refers all questions of law to this Honorable Court.

THIRTY SEVEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 38 of the Complaint and refers all questions of law to this Honorable Court.

THIRTY EIGHT: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 39 of the Complaint except admits that documents relating to real property including mortgages are subject to State filing requirements and refers all questions of law to this Honorable Court.

THIRTY NINE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 40 of the Complaint except upon information and belief documents relating to Uniform Commercial Code Financing Statements with City Registrar's Office The are subject to New York filing requirements and refers all questions of law to this Honorable Court.

FORTY: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 41 of the Complaint and refers all questions of law to this Honorable Court.

FORTY ONE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 42 of the Complaint and refers all questions of law to this Honorable Court.

FORTY TWO: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 43 of the Complaint and refers all questions of law to this Honorable Court.

### D. Borrower's Defaults Under the Loan Documents

FORTY THREE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 44 of the Complaint and refers all questions of law to this Honorable Court.

FORTY FOUR: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 45 of the Complaint and refers all questions of law to this Honorable Court.

FORTY FIVE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 46 of the Complaint and refers all questions of law to this Honorable Court.

FORTY SIX: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 47 of the Complaint and refers all questions of law to this Honorable Court.

FORTY SEVEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 48 of the Complaint and refers all questions of law to this Honorable Court.

FORTY EIGHT: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 49 of the Complaint and refers all questions of law to this Honorable Court.

FORTY NINE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 50 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

### E. The Maturity Default

FIFTY: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 51 of the Complaint and refers all questions of law to this Honorable Court which includes contract interpretation.

FIFTY ONE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 52 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

FIFTY TWO: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 53 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

FIFTY THREE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 54 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

FIFTY FOUR: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 55 of the Complaint.

FIFTY FIVE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 56 of the Complaint and refers all questions of law to this Honorable Court.

FIFTY SIX: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 57 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

FIFTY SEVEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 58 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

FIFTY EIGHT: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 59 of the Complaint and refers all questions of law to this Honorable Court.

FIFTY NINE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 60 of the Complaint and refers all questions of law to this Honorable Court.

SIXTY: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 61 of the Complaint and refers all questions of law to this Honorable Court.

SIXTY ONE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 62 of the Complaint and refers all questions of law to this Honorable Court.

**Borrower's Cash Management Defaults, Misappropriation of Operating Expenses And Failure to Pay Other Amounts**

SIXTY TWO: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 63 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

SIXTY THREE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 64 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

SIXTY FOUR: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 65 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

SIXTY FIVE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 66 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

SIXTY SIX: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 67 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

SIXTY SEVEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 68 of the Complaint and refers all questions of law to this Honorable Court.

SIXTY EIGHT: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 69 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

SIXTY NINE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 70 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

SEVENTY: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 71 of the Complaint except admits that LIBERTY has filed a Mechanic's Lien against the property.

SEVENTY ONE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 72 of the Complaint.

SEVENTY TWO: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 73 of the Complaint.

SEVENTY THREE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 74 of the Complaint.

SEVENTY FOUR: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 75 of the Complaint.

SEVENTY FIVE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 76 of the Complaint except admits that LIBERTY has filed a Mechanic's Lien against the property.

SEVENTY SIX: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 77 of the Complaint.

SEVENTY SEVEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 78 of the Complaint and refers all questions of law to this Honorable Court.

SEVENTY EIGHT: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 79 of the Complaint and refers all questions of law to this Honorable Court.

SEVENTY NINE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 80 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

EIGHTY: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 81 of the Complaint and refers all questions of law to this Honorable Court.

## FIRST COUNT
## (Foreclosure of Mortgage)

EIGHTY ONE: LIBERTY repeats and re-alleges each and every response in this Answer contained in Paragraphs One through Eighty, as if fully set forth herein.

EIGHTY TWO: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 82 of the Complaint and refers all questions of law to this Honorable Court.

EIGHTY THREE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 83 of the Complaint and refers all questions of law to this Honorable Court.

EIGHTY FOUR: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 84 of the Complaint and refers all questions of law to this Honorable Court.

EIGHTY FIVE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 85 of the Complaint and refers all questions of law to this Honorable Court.

EIGHTY SIX:  Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 86 of the Complaint and refers all questions of law to this Honorable Court.

EIGHTY SEVEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 87 of the Complaint and refers all questions of law to this Honorable Court.

EIGHTY EIGHT: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 88 of the Complaint and refers all questions of law to this Honorable Court.

EIGHTY NINE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 89 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

NINETY: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 90 of the Complaint and refers all questions of law to this Honorable Court.

NINETY ONE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 91 of the Complaint and refers all questions of law to this Honorable Court.

## PRAYER FOR RELIEF

NINETY TWO: The "WHEREFORE" clause which immediately follows paragraph 91 (a-g) of the Complaint states various demands for relief to which no response is required but, should a response be required, LIBERTY denies that Plaintiff is entitled to any relief whatsoever.

## SECOND COUNT
### (Security Interest Foreclosure)

NINETY THREE: LIBERTY repeats and re-alleges each and every response in this Answer contained in Paragraphs One through Ninety Two, as if fully set forth herein.

NINETY FOUR: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 92 of the Complaint and refers all questions of law to this Honorable Court.

NINETY FIVE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 93 of the Complaint and refers all questions of law to this Honorable Court.

NINETY SIX: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 94 of the Complaint and refers all questions of law to this Honorable Court.

NINETY SEVEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 95 of the Complaint and refers all questions of law to this Honorable Court.

NINETY EIGHT: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 96 of the Complaint and refers all questions of law to this Honorable Court.

## PRAYER FOR RELIEF

NINETY-NINE: The "WHEREFORE" clause which immediately follows Paragraph 96 (A-D) of the Complaint states various demands for relief to which no response is required but, should a response be required, LIBERTY denies that Plaintiff is entitled to any relief whatsoever.

## THIRD COUNT
(Possession)

ONE HUNDRED: LIBERTY repeats and re-alleges each and every response in this Answer contained in Paragraphs One through Ninety Nine, as if fully set forth herein.

ONE HUNDRED ONE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 97 of the Complaint and refers all questions of law to this Honorable Court.

15

ONE HUNDRED TWO: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 98 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED THREE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 99 of the Complaint and refers all questions of law to this Honorable Court.

## PRAYER FOR RELIEF

ONE HUNDRED FOUR: The "WHEREFORE" clause which immediately follows paragraph 99 (A-D) of the Complaint states various demands for relief to which no response is required but, should a response be required, LIBERTY denies that Plaintiff is entitled to any relief whatsoever.

## FOURTH COUNT
### (Appointment of a Receiver)

ONE HUNDRED FIVE: LIBERTY repeats and re-alleges each and every response in this Answer contained in Paragraphs One through One Hundred Four, as if fully set forth herein.

ONE HUNDRED SIX: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 100 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED SEVEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 101 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED EIGHT: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 102 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED NINE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 103 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED TEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 104 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED ELEVEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 105 of the Complaint and refers all questions of law to this Honorable Court.

### PRAYER FOR RELIEF

ONE HUNDRED TWELVE: The "WHEREFORE" clause which immediately follows Paragraph 105 (A-D) of the Complaint states various demands for relief to which no response is required but, should a response be required, LIBERTY denies that Plaintiff is entitled to any relief whatsoever.

### FIFTH COUNT
### (Breach of Guaranty)

ONE HUNDRED THIRTEEN: LIBERTY repeats and re-alleges each and every response in this Answer contained in Paragraphs One through One Hundred Twelve, as if fully set forth herein.

ONE HUNDRED FOURTEEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 106 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED FIFTHTEEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 107 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

ONE HUNDRED SIXTEEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 108 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

ONE HUNDRED SEVENTEEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 109 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

ONE HUNDRED EIGHTEEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 110 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

ONE HUNDRED NINETEEN: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 111 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

ONE HUNDRED TWENTY: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 112 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

ONE HUNDRED TWENTY ONE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 113 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

ONE HUNDRED TWENTY TWO: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 114 of the Complaint and refers all questions of law to this Honorable Court including contract interpretation.

ONE HUNDRED TWENTY THREE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 115 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED TWENTY FOUR: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 116 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED TWENTY FIVE: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 117 of the Complaint and refers all questions of law to this Honorable Court.

ONE HUNDRED TWENTY SIX: Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 118 of the Complaint and refers all questions of law to this Honorable Court.

## PRAYER FOR RELIEF

ONE HUNDRED TWENTY SEVEN: The "WHEREFORE" clause which immediately follows Paragraph 118 (A-D) of the Complaint states various demands for relief to which no response is required but, should a response be required, LIBERTY denies that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

ONE HUNDRED TWENTY EIGHT: LIBERTY asserts the following affirmative defenses without assuming the burden of proof on such defenses that would otherwise rest with the Plaintiff.

### FIRST AFFIRMATIVE DEFENSE

ONE HUNDRED TWENTY NINE: The Plaintiff, as Lender, did not comply with federal and/or state laws, such as the Truth in Lending Act or the Servicemembers Civil Relief Act in making the loan.

### SECOND AFFIRMATIVE DEFENSE

ONE HUNDRED THIRTY: The Plaintiff does not own the loan, has no standing and therefore the foreclosure is improper.

### THIRD AFFIRMATIVE DEFENSE

ONE HUNDRED THIRTY ONE: LIBERTY'S Mechanic's lien is superior in nature to Plaintiff's claim herein.

Dated: White Plains, New York
May 18, 2024

_____
Albert A. Hatem, Esq.
Albert A. Hatem, PC
Attorney for *Liberty Elevator Corp.*
202 Mamaroneck Avenue
White Plains, New York 10601
(914)-686-5700
*info@getourmoney.com*