July 22, 2024

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: Request for Extension of Deadlines in Civil Case Management Plan and Scheduling Order in *U.S. Bank v. Jericho Plaza Portfolio LLC et al.* (1:24-cv-00917-PAE)

Dear Judge Engelmayer:

Counsel for Plaintiff U.S. Bank Trust Company, National Association, solely in its capacity as Trustee for Natixis Commercial Mortgage Securities Trust 2022-JERI, Commercial Mortgage Pass-Through Certificates, Series 2022-JERI, acting by and through Midland Loan Services, a division of PNC Bank, National Association, pursuant to the Trust and Servicing Agreement dated as of April 18, 2022, and together with counsel for Defendants Jericho Plaza Portfolio LLC and Menachem Meisner write jointly, pursuant to Paragraph 1(E) of this Court's Individual Rules and Practices in Civil Cases, to respectfully request the following two extensions of the deadlines set by the Civil Case Management Plan and Scheduling Order, ECF No. 97 (the "Order"):

1. A thirty-day extension for the completion of all fact discovery, from 120 days to 150 days from the date of the Order.

2. A corresponding thirty-day extension of all deadlines contingent on the date of the close of fact discovery, including but not limited to the deadlines in the Order, the Federal Rules of Civil Procedure, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and any other applicable rules or laws.

We submit that these extensions are necessary to ensure that all parties have adequate time to complete discovery, which has been delayed due to unforeseen delays in document collection, scheduling conflicts for depositions, and ongoing settlement discussions. No prior request has been made to extend these deadlines. The parties have conferred on this matter and jointly request these extensions.

Attached hereto for Your Honor's consideration is, as **Exhibit A**, the proposed *Revised Civil Case Management Plan and Scheduling Order* and, as **Exhibit B**, a redlined comparison between the revised version and the proposed *Civil Case Management Plan and Scheduling Order*, docketed as ECF No. 91.

Respectfully,

**HOLLAND & KNIGHT LLP**

By: /s/ *Stacey A. Lara*
    Keith M. Brandofino
    Stacey A. Lara
    Dani Estis

*Attorneys for Plaintiff*


**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Blair A. Adams*
    Blair A. Adams
    Toby E. Futter

*Attorneys for Defendants*


Granted. By separate order, the Court will issue the revised civil case management plan. The case management conference, originally scheduled for October 3, 2024 at 3 p.m., is hereby re-scheduled for November 7, 2024 at 3 p.m.

SO ORDERED.

            *Paul A. Engelmayer*
            PAUL A. ENGELMAYER
            United States District Judge
            July 24, 2024