UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, *as Trustee for the Benefit of the Certificate-holders of Natixis Commercial Mortgage Securities Trust 2022-JERI*,

Plaintiff,

-v-

JERICHO PLAZA PORTFOLIO LLC, *et al.*,

Defendants.

24 Civ. 917 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 12, 2024, the Court granted U.S. Bank Trust Company's application to appoint a receiver for the real property located at One Jericho Plaza and Two Jericho Plaza, Jericho, New York 11753. Dkt. 33. A motion to amend the receivership order has been pending since March 26, 2024. Dkt. 43. With the Court having now denied defendants' motions to dismiss in principal part, the Court intends to resolve the receivership motion promptly. The Court directs the parties to file a joint letter setting out updated information concerning that motion by October 4, 2024.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 27, 2024
       New York, New York

1