UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK TRUST COMPANY, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF
THE CERTIFICATEHOLDERS OF NATIXIS
COMMERCIAL MORTGAGE SECURITIES TRUST
2022-JERI COMMERCIAL MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2022-JERI,
ACTING BY AND THROUGH MIDLAND LOAN
SERVICES, A DIVISION OF PNC BANK, NATIONAL
ASSOCIATION AS SPECIAL SERVICER UNDER THE
TRUST SERVICING AGREEMENT DATED AS OF
APRIL 18, 2022,

                                    Plaintiff,

                    -v-

JERICHO PLAZA PORTFOLIO LLC, *et al.*,

                                    Defendants.

24 Civ. 917 (PAE) (RFT)

OPINION & ORDER

---

PAUL A. ENGELMAYER, District Judge:

This decision resolves the amount of money due to plaintiff United States Bank Trust

Company ("U.S. Bank Trust Co."), in whose favor the Court has entered summary judgment on

certain foreclosure claims against defendant Jericho Plaza Portfolio LLC ("Jericho Plaza").

Dkts. 174, 184. Before the Court is the unopposed January 30, 2026 Report and

Recommendation of the Hon. Robyn F. Tarnofsky, United States Magistrate Judge,

recommending that the Court enter an order stating that Jericho Plaza owes U.S. Bank Trust Co.

$166,828,139.22, in addition to other relief. Dkt. 205 ("Report"). The Court incorporates by

reference the summary of the facts provided in the Report. For the following reasons, the Court

adopts the Report's recommendation.

## DISCUSSION

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept those portions of the report to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Ruiz v. Citibank, N.A.*, No. 10 Civ. 5950, 2014 WL 4635575, at *2 (S.D.N.Y. Aug. 19, 2014) (quoting *King v. Greiner*, No. 2 Civ. 5810, 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009)); *see also Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

As no party has submitted objections to the Report, review for clear error is appropriate. Careful review of Judge Tarnofsky's thorough and well-reasoned Report reveals no facial error in its conclusions. Judge Tarnofsky meticulously reviewed and addressed the calculation of, *inter alia*, special servicing fees, attorneys' fees, and unpaid interest. Report at 12–29. The Report is therefore adopted in its entirety. Accordingly, the Court enters a final judgment of foreclosure to U.S. Bank Trust Co. in the amount of $166,828,139.22, plus post-judgment interest. The Court further specifies that $166,828,139.22 is the sum of the following, less the unapplied funds of $337,776.35: $149,180,000.00 (unpaid principal balance), $643,922.65 (attorneys' fees and costs and property protection advance), and $17,341,992.92 (interest). Because the Report explicitly states that "[t]he parties shall have fourteen days (including weekends and holidays) from service of this report and recommendation to file written objections," *id.* at 35, the parties' failure to object operates as a waiver of appellate review. *See Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2d Cir. 2008) (citing *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (per curiam)).

2

## CONCLUSION

For the foregoing reasons, the Court enters a final judgment of foreclosure directing payment to U.S. Bank Trust Co. in the amount of $166,828,139.22, plus post-judgment interest calculated based on the weekly average one-year constant maturity Treasury yield for the week preceding the date on which judgment is entered.  Finally, the Court declares that the liquidation fee, Report at 15, be awarded in the amount to be determined following the foreclosure sale.

The Court respectfully directs the Clerk to mail a copy of this decision to plaintiff at the address on file.


SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge


Dated: February 19, 2026
       New York, New York