**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
U.S. BANK TRUST COMPANY, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE CERTIFICATEHOLDERS OF
NATIXIS COMMERCIAL MORTGAGE
SECURITIES TRUST 2022-JERI COMMERCIAL
MORTGAGE PASSTHROUGH CERTIFICATES,
SERIES 2022-JERI, ACTING BY AND
THROUGH MIDLAND LOAN SERVICES, A
DIVISION OF PNC BANK, NATIONAL
ASSOCIATION AS SPECIAL SERVICER
UNDER THE TRUST SERVICING
AGREEMENT DATED AS OF APRIL 18, 2022,

                       Plaintiff,

        -against-                                24 **CIVIL** 0917 (PAE) (RFT)

                                                      **JUDGMENT**

JERICHO PLAZA PORTFOLIO LLC, et al.,

                     Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 19, 2026, the Court enters a final judgment

of foreclosure directing payment to U.S. Bank Trust Co. in the amount of $166,828,139.22, plus

post-judgment interest calculated based on the weekly average one-year constant maturity

Treasury yield for the week preceding the date on which judgment is entered. Finally, the Court

declares that the liquidation fee, Report at 15, be awarded in the amount to be determined

following the foreclosure sale.

**Dated:** New York, New York

      February 24, 2026                                  TAMMI M. HELLWIG

                                                     **Clerk of Court**

                                BY:

                                              **Deputy Clerk**